Return Date: No return date scheduled
Hearing Date: 4/7/2022 9:30 AM
Location: Court Room 2408
Judge: Conlon, Alison C

FILED DATE: 12/8/2021 9:33 AM  2021CH06112

FILED
12/8/2021 9:33 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH06112
Calendar, 4
15866096

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| MN89, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 2021CH06112 |
| GREAT LAKES INSURANCE S.E. a Foreign | ) |
| Insurance company | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT, BREACH OF CONTRACT, AND STATUTORY PENALTIES

NOW Comes the Plaintiff, MN89, INC., by and through its legal counsel, Gregory T. Glen and Kopka Pinkus Dolin, PC, and for Plaintiff's Complaint for a Declaratory Judgment, Breach of Contract, and Sanctions pursuant to Section 215 ILCS 5/155 of the Illinois Insurance Code, against Defendant, Great Lakes Insurance S.E., states as follows:

### FACTS

1.     That on or about March 11, 2021, a policy of insurance for property damages was issued by the Defendant, Great Lakes Insurance S.E., to the Plaintiff, MN89, Inc., under Policy Number RK66131A21, with effective dates of March 11, 2021 to March 11, 2022. (Exhibit A).

2.     A date of loss occurred on April 30, 2021, and Defendant, made a claim for insurance coverage to Great Lakes Insurance S.E., pursuant to the policy of insurance issued. (Exhibit B).

3.     On May 12, 2021, the claim was acknowledged by Great Lakes Insurance S.E. through its Third Party Administrator, Johnson Transportation Truck & Cargo Adjusters, requesting information. (Exhibit B).

4.     All requested information was provided by Plaintiff to Defendant through its Third party Administrator on multiple occasions. (Group Exhibit C).

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

5.     Despite being provided all required information, Great Lakes Insurance S.E., has failed to resolve this valid claim for insurance coverage.

## COUNT I - BREACH OF CONTRACT

6.     Plaintiff repeats and restates paragraphs 1 though 5 as fully set forth in Paragraph 6.

7.     That at all times relevant, Defendant, Great Lakes Insurance S.E., was and currently is subject to the rules and regulations imposed by the Illinois Department of Insurance, and is and was present in the State of Illinois writing and selling insurance policies.

8.     That at all times relevant, Plaintiff, MN89, Inc., was an insured party pursuant to the policy of insurance issued and in force at all times relevant.  (Exhibit A).

9.     That as a result of the date of loss occurred on April 30, 2021, and a claim was made to Great Lakes Insurance S.E., by and through its third party administrator, requesting insurance coverage pursuant to the policy of insurance issued.

10.     That presently, Plaintiff has incurred damages totaling and continuing to accrue in the sum of $66,774.14, and multiple demands have to made to Defendant, Great Lakes Insurance S.E.,  to resolve this matter, which have been ignored.

11.     That from May 12, 2021, Defendant, Great Lakes Insurance S.E.,  has refused to honor its contract of insurance and pay for the damage claimed despite the fact that all requested documents by Defendant, Great Lakes Insurance S.E., has been provided.

12.     The actions of Defendant, Great Lakes Insurance S.E., constitutes a breach of contract, specifically to its policy of insurance for property damages.

WHEREFORE, Plaintiff, MN89, Inc., requests a Judgment be entered in its favor and against the Defendant, Great Lakes Insurance S.E.,  in an amount to be determined, but in excess of $66,744.14, to fairly and adequately compensate the Plaintiff for the damages incurred and

2

FILED DATE: 12/8/2021 9:33 AM  2021CH06112

sustained as a result of the date of loss that occurred on April 30, 2021, for the costs of filing this suit, and for any and all further relief this court deems just and necessary.

## COUNT II – DECLARATORY JUDGMENT

13.     That Plaintiff, MN89, Inc., restates and re-alleges paragraphs 1 through 12 as through fully set forth in Paragraph 13.

14.     That as a result of Defendant, Great Lakes Insurance S.E., refusal to adhere to its obligation under the policy of insurance issued, to fairly compensate the Plaintiff, MN 89, Inc., for the damages sustained and claimed, leaving the Plaintiff with no other option other to bring this action, an actual dispute and/or controversy exits between the Plaintiff and Defendant, allowing the Plaintiff to seek a finding in a Declaratory Judgment cause of action.

15.     That the Illinois Code of Civil Procedure, 735 ILCS 5/2-701, authorizes this Court to enter **a biding declaration of a party's rights and obligations** in cases of actual controversy, and is present in this matter.

WHEREFORE, Plaintiff, MN 89, INC., respectfully requests this Honorable Court to find in its favor and against Defendant, Great Lakes Insurance S.E., a Foreign Corporation, and to enter an order of Declaratory Judgement as follows:

A.     Judgment stating that the Defendant owes a duty of insurance coverage to the Plaintiff, MN89, Inc.,  arising out of the claim for property damage that was sustained on April 30, 2021;

B.     Judgment that Defendant must compensation the Plaintiff, MN89, Inc., for all damages proximately arising from the April 30, 2021 claim for property damage;

C.     Court costs and attorney fees;

D.     Any and all further relief this Honorable Court deems just and necessary.

3

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

## COUNT III – SANCTIONS PURSUINT TO SECTION 215 ILCS 5/155 OF THE ILLINOIS INSURANCE CODE

16.     That Plaintiff, MN89, Inc., restates and re-alleges paragraphs 1 through 15, including all subparts, as through fully set forth in Paragraph 16.

17.     That at all times relevant, there existed in Illinois at certain Statute, 215 ILCS 5/155, authorizing reasonable attorney fees, other costs, and statutory penalties for vexatious and unreasonable delays by an insurance carrier in failing to resolve and settle a claim.

18.     Defendant, Great Lakes Insurance S.E., at all times relevant, owed a duty to the Plaintiff, MN89, Inc., to honor all insurance claims with good faith and fair dealing in resolving said matters.

19.     That said actions by Defendant, Great Lakes Insurance S.E., in its delays and for failing to resolve the claim, were done in bad faith, are vexatious, and unreasonable.

20.     The actions by Defendant, Great Lakes Insurance S.E., are so egregious and improper as to allow the maximum statutory penalty warranted.

WHEREFORE, Defendant, MN89, Inc., respectfully requests that this Honorable Court to find in its favor, and to find against Defendant, Great Lakes Insurance S.E., and prays that attorney fees, court costs and statutory penalties in excess of $50,000, be awarded to the Plaintiff, as well as for all relief this Court deems just and equitable.

## COUNT IV – DECLARATORY JUDGMENT II

### FACTS

1.     Separate from the above-referenced cause of action, Defendant, Great Lakes Insurance S.E., issued incorrect payment for property damage sustained to a vehicle owned by Plaintiff, MN89, Inc.

4

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

2.    On November 12, 2021, Defendant, Great Lakes Insurance S. E., was requested by and through its Third party Administrator, to issue a correct settlement draft for the property damage sustained by the Plaintiff's vehicle.  (Exhibit D).

3.    That to date, Defendant, Great Lakes Insurance S. E., has failed to issue correct payment for property damage sustained to a vehicle owned by Plaintiff, MN89, Inc.

4.    Defendant, Great Lakes Insurance S. E., appears to dispute that fact is owes the Plaintiff correct payment for the property damage sustained to the vehicle owned by Plaintiff, MN89,  Inc.

5.    That the Illinois Code of Civil Procedure, 735 ILCS 5/2-701, authorizes this Court to enter a biding declaration of a party's rights and obligations in cases of actual controversy, and is present in this matter.

WHEREFORE, Plaintiff, MN 89, INC., respectfully requests this Honorable Court to find in its favor and against Defendant, Great Lakes Insurance S.E., a Foreign Corporation, and to enter an order of Declaratory Judgement as follows:

A.    That Defendant, Great Lakes Insurance S.E., is ordered to re-issue a correct settlement draft to Plaintiff, MN89, Inc., instanter, in the sum of $44,317.91.

B.    Court costs and attorney fees;

C.    Any and all further relief this Honorable Court deems just and necessary.

## COUNT V – SANCTIONS PURSUINT TO SECTION 215 ILCS 5/155 OF THE ILLINOIS INSURANCE CODE

7.    That Plaintiff, MN89, Inc., restates and re-alleges paragraphs 1 through 5, including all subparts, as through fully set forth in Paragraph 7.

8.    That at all times relevant, there existed in Illinois at certain Statute, 215 ILCS 5/155, authorizing reasonable attorney fees, other costs, and statutory penalties for vexatious and unreasonable delays by an insurance carrier in failing to resolve and settle a claim.

9.      Defendant, Great Lakes Insurance S.E., at all times relevant, owed a duty to the Plaintiff, MN89, Inc., to issue a correct settlement draft in the sum of $44,317.91 to MN89, Inc., and to honor all insurance claims with good faith and fair dealing in resolving said matters.

10.      That said actions by Defendant, Great Lakes Insurance S.E., in its delays and for failing to issue payment to Plaintiff, MR89, Inc., in the sum of $44,317.91, is done in bad faith, is vexatious, and unreasonable.

11.      The actions by Defendant, Great Lakes Insurance S.E., in failing to issues a corrected payment are so egregious and improper as to allow the maximum statutory penalty warranted.

        WHEREFORE, Defendant, MN89, Inc., respectfully requests that this Honorable Court to find in its favor, and to find against Defendant, Great Lakes Insurance S.E., and prays that attorney fees, court costs and statutory penalties in excess of $50,000, be awarded to the Plaintiff, as well as for all relief this Court deems just and equitable.

Respectfully Submitted,

By:      */s/ Gregory T. Glen*
       Gregory T. Glen
       Attorney for Defendant

Gregory T. Glen
KOPKA PINKUS DOLIN PC
200 W. Adams Street, Suite 1200
Chicago, Illinois  60606
Phone: (312) 782-9920
Fax: (312) 782-9965
E-mail: gtglen@kopkalaw.com
Firm No.: 62451

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

# CERTIFICATE OF INSURANCE

**THIS INSURANCE** is effected with certain Insurers as detailed herein.

**THIS CERTIFICATE** is issued in accordance with the limited authorization granted by certain Insurers whose names appear in the Schedule attached and in consideration of the Premium specified herein; Insurers do hereby bind themselves each for his own part, and not one for another.

**THE ASSURED** is requested to read this Certificate, and if not correct, return it immediately to the Correspondent for appropriate alteration.

In the event of a claim under this Certificate, please notify the following Correspondent:

**USG Insurance Services, Inc (Texas)**

**via your insurance representative**

Exhibit A

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## CERTIFICATE PROVISIONS

1. **This Certificate is subject to the following clauses:**

   a) Wherever the word "Company" appears in the wording and clauses forming part of this document it shall be substituted by the word "Underwriters" or "Insurers" as applicable.

   b) Wherever the word "Certificate" appears in the wording and clauses forming part of this document it shall be substituted by the word "Policy".

   c) Wherever the words "Named Insured" or "Assured" appear, these shall be deemed to mean and read the same.

   d) Wherever the term US$, $ or USD appears, same shall be deemed to mean and read U S Dollars.

2. **Signature Required**. This certificate shall not be valid unless signed by the Intermediary named in item 8 of the attached Declaration Page.

3. **Correspondent/Intermediary Not Insurer**. Neither the Correspondent nor the Intermediary is an Insurer hereunder and neither of them is nor shall be liable for any loss or claim whatsoever. The Insurers hereunder are Great Lakes Insurance SE.

4. **Cancellation**. If this certificate provides for cancellation and this certificate is cancelled after the inception date, earned premium must be paid for the time the insurance has been in force.

5. **Assignment**. This certificate shall not be assigned either in whole or in part without the written consent of the Correspondent endorsed hereon by the Intermediary.

6. **Attached Conditions Incorporated**. This certificate is made and accepted subject to all the provisions, conditions and warranties set forth herein, attached, or endorsed, all of which are to be considered as incorporated herein.

7. **Short Rate Cancellation**. If the attached provisions provide for cancellation, the table below will be used to calculate the short rate proportion of the premium when applicable under the terms of cancellation.

### SHORT RATE CANCELLATION TABLE

| Days Insurance in Force | Per Cent of One Year Premium | Days Insurance in Force | Per Cent of One Year Premium | Days Insurance in Force | Per Cent of One Year Premium | Days Insurance in Force | Per Cent of One year Premium |
|---|---|---|---|---|---|---|---|
| 1 | 5% | 66-69 | 29% | 154-156 | 53% | 256-260 | 77% |
| 2 | 6 | 70-73 | 30 | 157-160 | 54 | 261-264 | 78 |
| 3-4 | 7 | 74-76 | 31 | 161-164 | 55 | 265-269 | 79 |
| 5-6 | 8 | 77-80 | 32 | 165-167 | 56 | 270-273 (9 mos.) | 80 |
| 7-8 | 9 | 81-83 | 33 | 168-171 | 57 | 274-278 | 81 |
| 9-10 | 10 | 84-87 | 34 | 172-175 | 58 | 279-282 | 82 |
| 11-12 | 11 | 88-91 (3 mos.) | 35 | 176-178 | 59 | 283-287 | 83 |
| 13-14 | 12 | 92-94 | 36 | 179-182 (6 mos.) | 60 | 288-291 | 84 |
| 15-16 | 13 | 95-98 | 37 | 183-187 | 61 | 292-296 | 85 |
| 17-18 | 14 | 99-102 | 38 | 188-191 | 62 | 297-301 | 86 |
| 19-20 | 15 | 103-105 | 39 | 192-196 | 63 | 302-305 (10 mos.) | 87 |
| 21-22 | 16 | 106-109 | 40 | 197-200 | 64 | 306-310 | 88 |
| 23-25 | 17 | 110-113 | 41 | 201-205 | 65 | 311-314 | 89 |
| 26-29 | 18 | 114-116 | 42 | 206-209 | 66 | 315-319 | 90 |
| 30-32 (1 mo.) | 19 | 117-120 | 43 | 210-214 (7 mos.) | 67 | 320-323 | 91 |
| 33-36 | 20 | 121-124 (4 mos.) | 44 | 215-218 | 68 | 324-328 | 92 |
| 37-40 | 21 | 125-127 | 45 | 219-223 | 69 | 329-332 | 93 |
| 41-43 | 22 | 128-131 | 46 | 224-228 | 70 | 333-337 (11 mos.) | 94 |
| 44-47 | 23 | 132-135 | 47 | 229-232 | 71 | 338-342 | 95 |
| 48-51 | 24 | 136-138 | 48 | 233-237 | 72 | 343-346 | 96 |
| 52-54 | 25 | 139-142 | 49 | 238-241 | 73 | 347-351 | 97 |
| 55-58 | 26 | 143-146 | 50 | 242-246 (8 mos.) | 74 | 352-355 | 98 |
| 59-62 (2 mos.) | 27 | 147-149 | 51 | 247-250 | 75 | 356-360 | 99 |
| 63-65 | 28 | 150-153 (5 mos.) | 52 | 251-255 | 76 | 361-365 (12 mos.) | 100 |

Rules applicable to insurance with terms less than or more than one year.

A. If insurance has been in force for one year or less, apply the short rate table for annual insurance to the full annual premium determined as for insurance written for a term of one year.

B. If insurance has been in force for more than one year.

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

1.   Determine full annual premium as for insurance written for a term of one year.
2.   Deduct such premium from the full insurance premium and on the remainder calculate the pro rata earned premium on the basis of the ratio of the length of time beyond one year the insurance has been in force to the length of time beyond one year for which the insurance was originally written.
3.   Add premium produced in accordance with items (1) and (2) to obtain earned premium during full period insurance has been in force.

8.   **Any provisions or conditions** appearing in any forms attached hereto which conflict with or alter the provisions set out above shall supersede the above provisions insofar as the latter are inconsistent with any provisions or conditions appearing in such attached forms.

9.   **Providing Information to Insurers**: Contracts of insurance placed by Bell & Clements Limited are subject to local state and/or US federal law and jurisdiction. Care must be taken to ensure that all legal and regulatory requirements in relation to those contracts, including requirements for disclosure of information to insurers in relation to them, are complied with.

10.   **Commission:**

    1.   You are entitled to request and Bell & Clements Limited (B&C) are happy to disclose, at any time, information regarding any commission which they may have received as a result of placing your insurance business.

    2.   This coverage may have been written with one or more of a number of underwriting facilities granted to B&C, under which a profit commission may or may not become payable to B&C.

11.   **Regulation.** Great Lakes Insurance SE is regulated by the Financial Conduct Authority ('the FCA') address as follows:

The Financial Conduct Authority,
25 The North Colonnade,
Canary Wharf,
London,
E14 5HS

12.   **BELL & CLEMENTS LIMITED COMPLAINTS PROCEDURE**

**HOW TO MAKE A COMPLAINT**

Should you wish to make a complaint against Bell & Clements Limited you may do so either in writing or verbally to the Compliance Officer at:

Bell & Clements Limited,
55 King William Street,
London,
EC4R 9AD

| | |
|---|---|
| Telephone Number: | INT + 44 207 283 6222 |
| Fax Number: | INT + 44 207 283 8222 |
| Email: | complaints@bellandclements.co.uk |

**BELL & CLEMENTS LIMITED'S COMMITMENT TO CUSTOMERS**

Bell & Clements Limited are committed to handling all customers' complaints received promptly, fairly and in line with regulatory guidelines.

We deem a complaint to be any expression of dissatisfaction, whether oral or written, and whether justified or not, from or on behalf of an eligible complainant about the firm's provision of, or failure to provide, insurance.

(NO FLAT CANCELLATION)

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

**This Declaration Page is attached to and forms part of certificate provisions.**

| Previous # | RK60153A20 | Authority Ref. # | B0759RP03502A21: 100% | Certificate # | RK66131A21 |

1. Name and Address
   of the Assured:

   MN89 Inc
   16W485 S Frontage RD
   Suite 200
   Willowbrook, Dupage
   IL, 60527
   U.S.A.

2. Effective:    From:    11 March 2021    To:    11 March 2022
   both days at 12.01a.m. Local Standard Time at the location of the risk

3. Insurance is effective with                                         Percentage 100%
   **Great Lakes Insurance SE**

4. | **Sum Insured** | **Coverage** | **Premium** |
   |---|---|---|

   USD 150,000 any one automobile
   USD 195,000 any combination of
   automobiles
   USD 1,500,000 any one
   event/catastrophe/terminal loss

   Insured automobile(s) as per schedule total
   Actual Cash Value USD 7,141,350
   (Includes x 1 Non-Owned trailer @
   USD 45,000)

   Coverage:
   Automobile Physical
   Damage Insurance

   Fire Marshal Tax  $100.00
   IL Tax $7,024.00
   Stamping Fee  $151.00
   Broker Fee $350.00
   Total $208,397.00

   Premium:
   USD 200,672.00

   Plus Policy Fee: USD 100

   Rate: 2.81%

   25% Minimum Earned Premium

5. Ref 9046 - Illinois Surplus Lines Notice

   NOTICE TO POLICYHOLDER: This contract is issued pursuant to Section 445 of the Illinois Insurance Code, by a company not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund.

   Ref 9151 - Data Protection Short Form Information Notice
   Bell & Clements Privacy Notice
   GLISE APD wording (03/19)
   Insuring Agreement 2  -  Basis of Valuation: Actual Cash Value
   Deductible USD 2,500 each loss each automobile all perils but USD 5,000 each loss each automobile all perils in respect of automobiles valued USD 150,000 and over but USD 10,000 each loss each automobile all perils in respect of peril of fire
   Non Owned Trailer Endorsement Limit: USD 45,000
   Protection of Salvage, Recovery and Storage - Limit USD 10,000 any one automobile or combination of automobiles - as per Condition 9 of wording
   BC-TR1 (A) - Additional Endorsements (APD) - REF 2920a, REF 5401, REF 2342, REF 2962, REF 1191, REF 3100, Claims Notification Clause (U.S.A.)
   Cancellation Clause (30 days except for non-payment of premium where 10 days) as per wording
   Service of Suit as per wording
   Total or Constructive Total Loss Clause as per Wording
   Salvage Clause as per wording
   Loss Payee(s) are automatically added hereon as their Interest may appear
   Proposal Form Dated: 04 March 2021
   Driver Criteria Conditions Endorsement 2020/01

6. Service of Suit Designee:    Mendes and Mount, 750 Seventh Avenue, New York, N.Y. 10019-6829, U.S.A.

7. Correspondent:    USG Insurance Services, Inc., 500 E Border Street, Suite 600, Arlington, Tarrant, Texas, 76010, U.S.A.

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

8.  The Intermediary negotiating this insurance on behalf of the Correspondent is:

**BELL & CLEMENTS LIMITED, 55 King William Street, London, EC4R 9AD, United Kingdom**
Lloyd's Brokers

Any enquiries or disputes relating to this insurance should be forwarded to the intermediary, in writing, at this address

Signature: ....../...................................................................... (Authorised Signatory)

Dated: ......24 March 2021..............................................................

for and on behalf of the Intermediary

This contract of insurance is based upon the information and representations you provided in your application. Depending on the type of information and representations that you provided, the proposed contract of insurance includes certain conditions and/or warranties. Kindly review all the contract of insurance documentation, including any binder, declarations page, policy forms, and endorsements, to familiarize yourself with any conditions and/or warranties included in the contract of insurance. These conditions and/or warranties may require you to take specific actions, to refrain from taking specific actions, to fulfill certain requirements, and/or to verify specific facts. Please be advised that strict compliance with the conditions and/or warranties contained in the contract of insurance is required. If you do not strictly comply with the conditions and/or warranties contained within the contract of insurance, then the insurer Great Lakes Insurance SE, may deny or limit coverage for any claim submitted by you under the contract of insurance.

3/23/2021                                     Surplus Line Association of Illinois

Accepted on 03/23/2021 6:42:00 am - SLA Countersignature #IL20210038978.

Notice to Policyholder: This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by a company not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund.

Service of process under this contract may be made upon the Director pursuant to paragraph 10 of Section 445 of the Code.

| | | |
|---|---|---|
| **SLAI Conf #** | IL20210038978 | |
| **Filing Type** | Policy | |

| Insurance Company | | Percent |
|---|---|---|
| Great Lakes Insurance SE | | 100.000000 |
| TOTALS: COUNT: 1 | | 100.000000 |

| | |
|---|---|
| **Policy Number** | RK66131A21 |
| **Insured** | MN89 INC |
| **Address 1** | 16 W 485 S FRONTAGE ROAD STE 200 |
| **City** | WILLOWBROOK |
| **State** | IL |
| **Zip** | 60527 |
| **Effective Date** | 03/11/2021 |
| **Term (months)** | 12 |
| **Amount** | 7,141,350 |

| Coverage Code | Premium | Fire Marshal Tax |
|---|---|---|
| Auto Physical Damage I Commercial - All Others | 200,672 | 100 |
| TOTALS: COUNT: 1 | 200,672 | 100 |

| | |
|---|---|
| **Surplus Line Tax** | 7,024 |
| **Stamping Fee** | 151 |

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

ILLINOIS SURPLUS LINES NOTICE

**Notice to Policyholder:  This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by a company not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund.**

REF 9046
01 September 2013

## DATA PROTECTION SHORT FORM INFORMATION NOTICE

Your Personal Information Notice

*Who we are*
We are the Insurer identified in the contract of insurance and/or in the certificate of insurance.

*The basics*
We collect and use relevant information about you to provide you with your insurance cover or the insurance cover that benefits you and to meet our legal obligations.

This information includes details such as your name, address and contact details and any other information that we collect about you in connection with the insurance cover from which you benefit. This information may include more sensitive details such as information about your health and any criminal convictions you may have.

In certain circumstances, we may need your consent to process certain categories of information about you (including sensitive details such as information about your health and any criminal convictions you may have). Where we need your consent, we will ask you for it separately. You do not have to give your consent and you may withdraw your consent at any time. However, if you do not give your consent, or you withdraw your consent, this may affect our ability to provide the insurance cover from which you benefit and may prevent us from providing cover for you or handling your claims.

The way insurance works means that your information may be shared with, and used by, a number of third parties in the insurance sector for example, insurers, agents or brokers, reinsurers, loss adjusters, sub-contractors, regulators, law enforcement agencies, fraud and crime prevention and detection agencies and compulsory insurance databases. We will only disclose your personal information in connection with the insurance cover that we provide and to the extent required or permitted by law.

*Other people's details you provide to us*
Where you provide us or your agent or broker with details about other people, you must provide this notice to them.

*Want more details?*
For more information about how we use your personal information please see our full privacy notice(s), which is/are available online on our website(s) or in other formats on request.

*Contacting us and your rights*
You have rights in relation to the information we hold about you, including the right to access your information. If you wish to exercise your rights, discuss how we use your information or request a copy of our full privacy notice(s), please contact us, or the agent or broker that arranged your insurance who will provide you with our contact details at:

Bell & Clements Limited
55 King William Street
London, EC4R 9AD
United Kingdom

Telephone: +44 (0) 20 7283 6222
Email: MBX-Compliance@bellandclements.co.uk

The Privacy Policy for Bell & Clements Limited can be found at www.bellandclements.com.privacy-policy

REF 9151
25th April, 2018

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

# **PRIVACY NOTICE**

BELL & CLEMENTS LTD WILL NOT DISCLOSE ANY NON-PUBLIC PERSONAL INFORMATION CONCERNING THE BUYER TO ANY NON AFFILIATED PARTY OTHER THAN TO THE INSURERS AS REQUIRED BY THEM EXCEPT AS PERMITTED BY LAW.

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

U.S.A.

## AUTOMOBILE PHYSICAL DAMAGE INSURANCE

### INSURING AGREEMENTS

1.  In consideration of the premium paid hereon and the particulars and statements contained in the written Proposal, a copy of which is attached hereto, which particulars and statements are warranted by the Assured to be true and are agreed to be incorporated herein, the Insurers hereby agree to indemnify the Assured against direct and accidental loss of or damage to the Automobiles specified in the Schedule herein, during the Period of Insurance specified in the Schedule, while such Automobiles are within the United States of America (excluding Hawaii, the Philippine Islands, the Virgin Islands and Puerto Rico) and the Dominion of Canada.

2.  This Insurance covers only such and so many of the Perils named in the Schedule as are indicated by a specific premium set thereunder. The Limit of the Insurers' Liability in respect of each of such Perils is the amount insured stated in the Schedule or the actual cash value of the vehicle concerned at the time of loss, whichever is the less.

    PROVIDED ALWAYS THAT Insurers' Liability shall not exceed:

    (a)   the limits stated in Part B of the Schedule in respect of any combination of Automobile(s), truck, tractor, trailer or semi-trailer, or

    (b)   the limit stated in Part B of the Schedule in respect of any one event, catastrophe or terminal loss.

### DEFINITIONS

1.  DEFINITION OF AUTOMOBILE(S).   The word "Automobile" wherever used herein shall mean each motor vehicle or trailer or semi-trailer described in this Insurance, including its equipment and other equipment permanently attached thereto. The terms of this Insurance and the Limits of Liability, including any deductible provisions, shall apply to each Automobile separately.

2.  DEFINITION OF PERILS.

    SECTION A.  FIRE, LIGHTNING AND TRANSPORTATION.

    This Section covers

    (i)    loss or damage resulting from fire arising from any accidental cause, and lightning,

    (ii)   damage by smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the Automobile is located, and

    (iii)  loss or damage resulting from the stranding, sinking, burning, collision or derailment of any conveyance in or upon which the Automobile is being transported on land or on water, including general average and salvage charges for which the Assured is legally liable.

    SECTION B.  THEFT, ROBBERY AND PILFERAGE

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

### SECTION C.  COLLISION OR UPSET.

This Section covers loss of or damage to an Automobile caused by accidental collision of the Automobile with another object, or by upset, provided always that the deductible specified in the Schedule shall be deducted from the amount of each and every loss or damage to each Automobile.

### SECTION D.  WINDSTORM, EARTHQUAKE, EXPLOSION, HAIL OR WATER.

This Section covers loss or damage caused by windstorm, hail, earthquake, explosion, external discharge or leakage of water, except loss or damage resulting from rain, snow or sleet, whether or not wind-driven.

### SECTION E.  COMBINED ADDITIONAL COVERAGE.

This Section covers loss or damage caused by windstorm, hail, earthquake, explosion, riot or civil commotion or the forced landing or falling of any aircraft or its parts or equipment, flood or rising waters, external discharge or leakage of water, except loss or damage resulting from rain, snow or sleet, whether or not wind-driven.

### SECTION F.  COMPREHENSIVE COVERAGE EXCEPT BY COLLISION OR UPSET.

This Section covers loss of or damage to the Automobile except loss or damage caused by collision of the Automobile with another object or by upset of the Automobile or by collision of the Automobile with an Automobile to which it is attached.  Breakage of glass and loss or damage caused by missiles, falling objects, fire, theft, explosion, earthquake, windstorm, hail, water, flood, vandalism, riot or civil commotion shall not be deemed loss caused by collision or upset.

## EXCLUSIONS

This Insurance does not cover

1.    loss of or damage to any radio transmitting or receiving set (other than permanently fixed satellite navigation or GPS systems including their antennae), tape recorders, radios, televisions, computers (including peripherals), tablets, modems, monitors, USB sticks, facsimile machines, telephones (including cellular), smartphones, pagers, PDAs, VCRs, HI-FIs, CD Players or stereos (including speakers/components), compact discs, MP3 players, DVDs, minidisks, digital players and/or recorders unless permanently attached to an Automobile; robes, wearing apparel, personal effects, money or other property of the Assured or of others carried in or upon an Automobile;

2.    loss of or damage to tyres unless damaged by fire or stolen or unless lost or damaged in an accidental collision or upset which also caused other damage to the insured Automobile;

3.    loss or damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or requisition or destruction or damage by or under the order of any government or public or local authority, or, except under Sections E and F, riot or civil commotion;

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

4.  loss of or damage to any Automobile

    (i)    while used for any purposes other than those specified in the Schedule,

    (ii)    while operated, maintained or used by any person in violation of State Law as to age or by any person under the age of eighteen years in any event,

    (iii)    while operated, maintained or used in any race or speed contest,

    (iv)    while rented or used for livery purposes or to carry passengers for a consideration, express or implied, unless specifically agreed herein,

    (v)    while subject to any bailment lease, conditional sale, mortgage or other encumbrance, not specifically declared and described in this Insurance,

    (vi)    while the Automobile is used in connection with any illicit trade or transportation,

    (vii)    which is due and confined to wear and tear, freezing, mechanical or electrical breakdown or failure, unless such damage is the result of other losses covered by this Insurance;

5.  under Sections B and F

    (a)    loss or damage caused by any person or persons in the Assured's household or in the Assured's service or employment, whether the loss or damage occurs during the hours of such service or employment or not,

    (b)    loss suffered by the Assured as the result of voluntarily parting with title or possession, whether or not induced so to do by any fraudulent scheme, trick, device or false pretence,

    (c)    the theft, robbery or pilferage of tools or repair equipment except in conjunction with the theft of an entire Automobile,

    (d)    the wrongful conversion, embezzlement or secretion by a mortgagee, vendee, lessee or other person in lawful possession of the insured property under a mortgage, conditional sale, lease or other contract or agreement, whether written or verbal.

## CONDITIONS

1.  LIMITATION OF USE. It is understood and agreed that the regular and frequent use of the vehicles covered hereunder is and will be confined during the Period of this Insurance to the territory within the radius of miles stated in the Schedule of the place of principal garaging of such vehicles; that is, regular or frequent trips will NOT be made during the Period of this Insurance to any location beyond such radius of the place of principal garaging of such vehicle.

2.  AUTOMATIC INSURANCE FOR NEWLY ACQUIRED AUTOMOBILE(S). In consideration of the additional premium charged by the Insurers, if the Assured acquires ownership of another Automobile, such coverage as is afforded by this Insurance shall be extended to cover such other Automobile from the date of delivery thereof, in accordance with the following provisions:-

FILED DATE: 12/8/2021 9:33 AM  2021CH06112

(a)     If the Insurers insure all Automobiles owned by the Assured at the date of such delivery, this insurance shall automatically apply to such other Automobile provided that:

       i)      it is used for the business of the Assured and only to the extent such owned Automobiles currently or previously specified in the Schedule are used AND

       ii)     the Assured notifies the Insurers within ten (10) working days following the date of the delivery of the newly acquired Automobile AND

       iii)    the Assured pays any additional premium required by the Insurers.

       iv)    the amount of insurance desired for such Automobile shall not exceed Insurers' Limit of Liability in respect of any one Automobile, as stated in Part B of the Schedule, unless agreed in writing by Insurers.

In the event that the Assured fails to notify the Insurers in accordance with the provisions of this endorsement, then this automatic coverage in respect of the newly acquired Automobile shall lapse upon the expiry of the tenth (10th) working day after the delivery thereof or the expiry of the policy period if sooner.

(b)     If the Insurers do not insure all Automobiles owned by the Assured at the date of such delivery, then no cover shall apply to the newly acquired Automobile until coverage is confirmed in writing by the Insurers.

3.      NOTICE TO INSURERS. Upon the occurrence of any accident claimed to be covered under this Insurance, the Assured or someone on his behalf shall give, as soon as reasonably possible, written notice thereof to the Insurers and in the event of theft, larceny, robbery or pilferage or vandalism to the police, but shall not, except at his own cost, offer or pay any reward for recovery of the vehicle. Such notice shall contain particulars sufficient to identify the insured Automobile(s).

4.      INSPECTION OF LOSS OR DAMAGE. In the event of any loss or damage covered hereunder, the Assured shall give the Insurers a reasonable time and opportunity to examine the insured Automobile before any repairs are begun or any physical evidence of damage removed.

5.      PROOF OF LOSS. Within sixty (60) days after loss or damage, unless such time is extended in writing by the Insurers, the Assured shall forward to the Insurers a statement, signed and sworn to by the Assured, stating the place, time and cause of the loss or damage, the interest of the Assured and of all others in the property, the sound value thereof and the amount of loss or damage thereto, all encumbrances thereon and all other insurance, whether valid and collectable or not, covering said property. The Assured, as often as required, shall submit to examination under oath by any person designated by the Insurers and subscribe the same. As often as required, the Assured shall produce for examination all books of accounts, bills, invoices, and other vouchers, or certified copies thereof if the originals are lost, at such reasonable place as may be designated by the Insurers, and shall permit extracts and copies thereof to be made.

6.      PAYMENT OF LOSS. The loss shall in no event become payable, until sixty (60) days after the verified proof of loss herein required shall have been received by the Insurers and, if appraisal is demanded, then not until sixty (60) days after an award has been made by the appraisers.

FILED DATE: 12/8/2021 9:33 AM  2021CH06112

Loss, if any, shall be payable as interest may appear to the Assured and to the person or persons specified in the Schedule for the purpose.

7.   PARTIAL LOSS.  In the event of partial loss or damage under this Insurance, the Insurers shall be liable only for the actual cost of (and shall have the option of) repairing, rebuilding or, if necessary, replacing the parts damaged or destroyed.

In the event of loss of or damage to the Automobile(s) described herein, whether such loss or damage is covered by this Insurance or not the liability of the Insurers shall be reduced by the amount of loss or damage until repairs have been completed.

8.   ABANDONMENT - RETURN OF STOLEN PROPERTY.  It shall be optional with the Insurers to take all or any part of the property at the agreed or appraised value, but there can be no abandonment thereof to the Insurers.  If theft is covered hereunder and stolen property is recovered prior to any payment hereunder for such property, the Assured shall take back the recovered property if so required by the Insurers, who will only be liable, subject to the terms, limits and conditions of this Insurance, for any damage done to such property by the thief or thieves.

9.   PROTECTION OF SALVAGE, RECOVERY AND STORAGE.  In the event of loss or damage to an Automobile, the Assured shall protect the Automobile from other or further loss or damage. Any such other or further loss or damage due directly or indirectly to the Assured's failure to protect the Automobile shall not be recoverable under this policy. Any act of the Assured or of the Insurers in recovering, saving or preserving the Automobile shall be considered as done for the benefit of both parties and without prejudice to the rights of either party.

If the loss or damage to the Automobile is recoverable under this policy, all reasonable and necessary expenses (including towing and storage charges) incurred by the Assured as a result of such loss or damage shall also be recoverable under this policy, providing the total of such expenses and the claim for the loss or damage to the Automobile does not exceed the lesser of:

(a)   The Limit of Liability stated in Part A of the Schedule in respect of the Automobile that has sustained such loss or damage, plus the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of reasonable and necessary expenses (including towing and storage charges); or

(b)   The actual cash value of the Automobile that has sustained loss or damage, plus the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of reasonable and necessary expenses (including towing and storage charges)less the applicable Policy deductible.

However, notwithstanding anything contained in Parts (a) and (b) above, in the event of loss or damage to a combination of Automobile(s) in any one event, catastrophe or terminal loss, the most Insurers will pay in respect of all reasonable and necessary expenses (including towing and storage charges) incurred by the Assured, shall not exceed the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of such combination of Automobile(s) and in no event shall apply separately to each Automobile that has sustained loss or damage.

Furthermore, any such expenses recoverable under this Policy shall only be payable within the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage and shall not be recoverable under any other limit for any other coverages provided herein.

There shall be no coverage afforded by this insurance for the costs of recovering, saving, preserving or storing an Automobile that has not sustained loss or damage which is covered by this insurance.

10. SALVAGE. In the event of loss or damage covered hereunder, the Insurers may, at their option, pay the amount stated under the Limit of Liability in the Schedule or the actual cash value (whichever is the lesser amount), less any applicable deductible, and such payment shall entitle the Insurers to all salvage resulting after such loss or damage. It is agreed that the Assured shall have first refusal of the bid for salvage.

11. TOTAL OR CONSTRUCTIVE TOTAL LOSS. In the event of a Total or Constructive Total Loss of any Automobile insured during the Period of Insurance specified in the Schedule, and the loss is paid by Insurers then the total premium for that Automobile shall be considered to be fully earned. This condition shall not apply where state Law would be violated or infringed. Constructive Total Loss shall be defined as "loss where the cost of recovery and repair would exceed Insurers' Limit of Liability, shown in Part A of the Schedule, or the actual cash value (whichever is the lesser amount)".

12. OTHER INSURANCE. If the Assured carries a policy of another insurer against a loss covered hereby, the Assured shall not be entitled to recover from the Insurers a larger proportion of the entire loss than the amount hereby insured bears to the total amount of valid and collectible insurance, and if any person, firm or corporation other than the Assured has valid and collectible insurance against any loss covered hereby then no such person, firm or corporation shall be considered as an Assured hereunder.

13. APPRAISAL. In case the Assured and Insurers shall fail to agree as to the amount of loss or damage each shall on the written demand of either, select a competent and disinterested appraiser. Before entering upon the reference, the appraisers shall first select a competent and disinterested umpire, and failing for fifteen (15) days to agree upon such umpire, then on the request of the Assured or the Insurers such umpire shall be selected by a judge of a court of record in the County and State in which the appraisal is pending. The appraisers shall then appraise the loss or damage, stating separately the sound value and loss or damage; and failing to agree, shall submit their differences only to the umpire. The award in writing of any two, when filed with the Insurers, shall determine the amount of sound value and loss or damage. Each appraiser shall be paid by the party selecting him and the expenses of the appraisal and of the umpire shall be paid by the parties equally.

14. ASSIGNMENT OF INTEREST. If an Automobile, to which this Insurance applies, is sold, transferred or assigned, the insurance provided herein shall not extend to such purchaser, transferee or assignee. In the event of death of the Assured during the Period of Insurance this Insurance shall continue in force for the benefit of the legal representative of the Assured for sixty (60) days from Noon on the date of such death, but in no event shall the Period of this Insurance thereby be extended.

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

FILED DATE: 12/8/2021 9:33 AM  2021CH06112

15.    SUBROGATION.  If the Insurers become liable for any payment under this Insurance in respect of a loss, the Insurers shall be subrogated, to the extent of such payment, to all the rights and remedies of the Assured against any party in respect of such loss and shall be entitled at their own expense to sue in the name of the Assured.  The Assured shall give to the Insurers all such assistance in his power as the Insurers may require to secure their rights and remedies and, at Insurers' request, shall execute all documents necessary to enable Insurers effectively to bring suit in the name of the Assured, including the execution and delivery of the customary form of loan receipt.

16.    CANCELLATION.  This Insurance may be cancelled by the Assured at any time by written notice or by surrender of this Contract of Insurance.  This Insurance may also be cancelled by or on behalf of the Insurers by delivering to the Assured or by mailing to the Assured, by registered, certified or other first class mail, at the Assured's address as shown in the Schedule, written notice stating when, not less than thirty (30) days (except non-payment of premium being ten (10) days) thereafter, the cancellation shall be effective.  The mailing of such notice as aforesaid shall be sufficient proof of notice and this Insurance shall terminate at the date and hour specified in such notice.

If this Insurance shall be cancelled by the Assured, the Insurers shall retain the short rate proportion set out herein of the premium hereon.

If this Insurance shall be cancelled by or on behalf of the Insurers, the Insurers shall retain the pro rata proportion of the premium hereon.

Payment or tender of any unearned premium by the Insurers shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

17.    SERVICE OF SUIT.  It is agreed that in the event of the failure of the Insurers hereon to pay any amount claimed to be due hereunder, the Insurers hereon, at the request of the Assured, will submit to the jurisdiction of a Court of competent jurisdiction within the United States. Nothing in this Clause constitutes or should be understood to constitute a waiver of Insurers' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

It is further agreed that service of process in such suit may be made upon the person or persons specified for the purpose in the Schedule, and that in any suit instituted against any one of them upon this contract, Insurers will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Insurers in any such suit and/or upon the request of the Assured to give a written undertaking to the Assured that they will enter a general appearance upon Insurers' behalf in the event such a suit shall be instituted.

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

Further, pursuant to any statute of any state, territory or district of the United States which make provision therefore, Insurers hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this Contract of Insurance, and hereby designate the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

18.   MISREPRESENTATION AND FRAUD.  If the Assured has concealed or misrepresented any material fact or circumstance concerning this Insurance, or if the Assured shall make any claim knowing the same to be false or fraudulent, as regards to amount or otherwise, this Insurance shall become void and all claim hereunder shall be forfeited.

19.   APPLICABLE LAW (U.S.A.).  This Insurance shall be subject to the applicable state law to be determined by the court of competent jurisdiction as determined by the provisions of Condition 17, Service of Suit.

GLISE APD wording (03/19)

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## THE SCHEDULE

**Certificate #**   RK66131A21

**The Name and Address of the Assured:**

MN89 Inc
16W485 S Frontage RD
Suite 200
Willowbrook, Dupage
IL, 60527
U.S.A.

**Period of Insurance:**

From:         11 March 2021
To:           11 March 2022

both days at 12.01a.m. Local Standard Time at the location of the risk

**Service of Suit Nominee:**

Mendes and Mount
750 Seventh Avenue
New York
N.Y. 10019-6829
U.S.A.

**Notification of Claims to:**

USG Insurance Services, Inc.
500 E Border Street, Suite 600
Arlington
Tarrant
Texas
76010
U.S.A.

**The person or persons other than the Assured to whom loss shall be payable, as interest may appear:**

Loss Payees automatically added hereon as their interests may appear

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## PART A.  The Automobile(s) and amounts of the deductibles

| Item No. | Make | Model Year | Type | Serial # or Motor No. | Limit of Liability per Automobile USD |
|---|---|---|---|---|---|
| **Please see vehicle details attached to the Proposal Form signed and dated 04 March 2021** <br> **Total Sum Insured: USD 7,141,750 (includes 1 x Non-Owned Trailer @ USD 45,000)** | | | | | |

**Type of Cargo carried:**    General

**Radius of use:**    Unlimited

**Purpose of use (Private Automobile only):**    N/A

**Amount to be deducted from each and every loss, applicable to each Automobile separately:**

USD 2,500 each loss each automobile all perils but USD 5,000 each loss each automobile all perils in respect of automobiles valued USD 150,000 and over but USD 10,000 each loss each automobile all perils in respect of peril of fire

## PART B.  Limits of Liability, Perils and Premium

### Limits of Liability:

**Limit any one Automobile:**    USD 150,000

**Limit in respect of any combination of Automobile(s), truck, tractor, trailer or semi-trailer**    USD 195,000

**Limit any one event, catastrophe or terminal loss:**    USD 1,500,000

### Perils:

| | |
|---|---|
| **Section A - Fire** | Included |
| **Section B - Theft** | Included |
| **Section C - Collision** | Included |
| **Section D - Windstorm** | Included |
| **Section E - Combined Additional Coverage** | Included |
| **Section F - Comprehensive (excluding Collision)** | Included |

**Premium:**    USD 200,672.00

Plus Policy Fee: USD 100.00
Rate: 2.81%
25% Minimum Earned Premium

**Dated:**    23 March 2021

GLISE APD wording (03/19)

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## NON OWNED TRAILER ENDORSEMENT

In consideration of the additional premium charged, it is hereby noted and agreed that this policy is extended to cover the insured's liability to non-owned trailers.

Liability under this extension shall be subject to the policy deductibles, exclusions, and general conditions, and shall further exclude:-

1)      Loss of or damage to any radio transmitting or receiving set and tape recorders unless permanently attached to an insured automobile, garments, personal effects, or other property of the assured or of others carried in or upon the trailer.

2)      Loss of or damage to tires unless damaged by fire or stolen or unless lost or damaged in an accidental collision or upset which also caused other damage to the trailer.

3)      Loss or damage to any trailer which is due to wear and tear, freezing, mechanical or electrical breakdown or failure, unless such damage is the result of other losses covered by this insurance.

4)      Loss suffered by the insured as the result of voluntarily parting with title or possession, whether or not induced to do so by any fraudulent scheme, trick, devise or false pretence.

5)      The theft, robbery or pilferage of tools or repair equipment except in conjunction with the theft of an entire trailer.

6)      The wrongful conversion, embezzlement or secretion by any mortgagee, vendee, lessee or other person in lawful possession of the insured property under a mortgage, conditional sale, lease or other contract or agreement, whether written or verbal.

The limit of liability of the Underwriter's in respect of any one trailer shall be the sum of **USD 45,000**. In the event that the actual value of the trailer insured under this extension exceeds that sum, then Underwriters shall not be liable for a greater proportion of any loss or damage to such trailer insured than the actual value of the trailer bears to that sum.

All other policy terms and conditions remain unchanged.

CRA214

**BC-TR1 (A) - Additional Endorsements**

### GREAT LAKES INSURANCE SE

**This Certificate is subject to the following clauses:**

### TERRORISM EXCLUSION

Notwithstanding any provision to the contrary within this insurance or any endorsement thereto it is agreed that this insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any act of terrorism regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

For the purpose of this endorsement an act of terrorism means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organisation(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

This endorsement also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to any act of terrorism.

But, if the act of terrorism occurs in an "Exception State" and results in fire, we will pay for the loss or damage in such "Exception State" caused by that fire, but only to the extent, if any, required by the applicable Standard Fire Policy statute(s) in such state. However, this exception applies only to direct loss or damage by fire to covered property and not to any insurance provided for time element coverages, including but not limited to business interruption and extra expense. In no event shall this policy be construed to give coverage beyond the minimum requirements of the applicable Standard Fire Policy Statute (and amendments thereto) in existence as of the effective date of the policy and governing such requirements with respect to any acts of terrorism. If the applicable law or regulation in any state permits the Commissioner or Director of Insurance or anyone in a similar position to grant the insurer approval to vary the terms and conditions of the Standard Fire Policy, and such approval has been granted in that state as of the effective date of this policy, this policy shall not provide coverage beyond the minimum requirements of the terms and conditions approved by the Commissioner or Director of Insurance or person in a similar position.

"Exception state" means a state which at the time of policy effective date, requires that the coverage provided under this policy meet or exceed coverage provided under a Standard Fire Policy.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorist exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this policy, such as losses excluded by a Nuclear Hazard Exclusion or a war exclusion.

All other terms and conditions remain unchanged.

If the Underwriters allege that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the Assured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

REF 2920a

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

**BC-TR1 (A) - Additional Endorsements**

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## PROPERTY CYBER AND DATA EXCLUSION

1    Notwithstanding any provision to the contrary within this Policy or any endorsement thereto this Policy excludes any;

   1.1    Cyber Loss;

   1.2    loss, damage, liability, claim, cost, expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any loss of use, reduction in functionality, repair, replacement, restoration or reproduction of any Data, including any amount pertaining to the value of such Data;

   regardless of any other cause or event contributing concurrently or in any other sequence thereto.

2    In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

3    This endorsement supersedes and, if in conflict with any other wording in the Policy or any endorsement thereto having a bearing on Cyber Loss or Data, replaces that wording.

### Definitions

4    Cyber Loss means any loss, damage, liability, claim, cost or expense of whatsoever nature directly or indirectly caused by, contributed to by, resulting from, arising out of or in connection with any Cyber Act or Cyber Incident including, but not limited to, any action taken in controlling, preventing, suppressing or remediating any Cyber Act or Cyber Incident.

5    Cyber Act means an unauthorised, malicious or criminal act or series of related unauthorised, malicious or criminal acts, regardless of time and place, or the threat or hoax thereof involving access to, processing of, use of or operation of any Computer System.

6    Cyber Incident means:

   6.1    any error or omission or series of related errors or omissions involving access to, processing of, use of or operation of any Computer System; or

   6.2    any partial or total unavailability or failure or series of related partial or total unavailability or failures to access, process, use or operate any Computer System.

7    Computer System means:

   7.1    any computer, hardware, software, communications system, electronic device (including, but not limited to, smart phone, laptop, tablet, wearable device), server, cloud or microcontroller including any similar system or any configuration of the aforementioned and including any associated input, output, data storage device, networking equipment or back up facility,

   owned or operated by the Insured or any other party.

8    Data means information, facts, concepts, code or any other information of any kind that is recorded or transmitted in a form to be used, accessed, processed, transmitted or stored by a Computer System.

REF 5401

**BC-TR1 (A) - Additional Endorsements**

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION

Notwithstanding any provision to the contrary within the Policy of which this Endorsement forms part (or within any other Endorsement which forms part of this Policy), this Policy does not insure:

a) any loss, damage, cost or expense, or

b) any increase in insured loss, damage, cost or expense, or

c) any loss, damage, cost, expense, fine or penalty, which is incurred, sustained or imposed by order, direction, instruction or request of, or by any agreement with, any court, government agency or any public, civil or military authority; or threat thereof, (and whether or not as a result of public or private litigation),

which arises from any kind of seepage or any kind of pollution and/or contamination, or threat thereof, whether or not caused by or resulting from a peril insured, or from steps or measures taken in connection with the avoidance, prevention, abatement, mitigation, remediation, clean-up or removal of such seepage or pollution and/or contamination or threat thereof.

The term 'any kind of seepage or any kind of pollution and/or contamination' as used in this Endorsement includes (but is not limited to):

a) seepage of, or pollution and/or contamination by, anything, including but not limited to, any material designated as a 'hazardous substance' by the United States Environmental Protection Agency or as a 'hazardous material' by the United States Department of Transportation, or defined as a 'toxic substance' by the Canadian Environmental Protection Act for the purposes of Part II of that Act, or any substance designated or defined as toxic, dangerous, hazardous or deleterious to persons or the environment under any other Federal, State, Provincial, Municipal or other law, ordinance or regulation; and

b) the presence, existence, or release of anything which endangers or threatens to endanger the health, safety or welfare of persons or the environment.

REF 2342

## BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION

It is agreed that this Insurance excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with the actual or threatened malicious use of pathogenic or poisonous biological or chemical materials regardless of any other cause or event contributing concurrently or in any other sequence thereto.

REF 2962

**BC-TR1 (A) - Additional Endorsements**

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

## RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE -
## PHYSICAL DAMAGE - DIRECT (U.S.A.)

This Policy does not cover any loss or damage arising directly or indirectly from nuclear reaction nuclear radiation or radioactive contamination however such nuclear reaction nuclear radiation or radioactive contamination may have been caused * NEVERTHELESS if Fire is an insured peril and a Fire arises directly or indirectly from nuclear reaction nuclear radiation or radioactive contamination any loss or damage arising directly from that Fire shall (subject to the provisions of this Policy) be covered EXCLUDING however all loss or damage caused by nuclear reaction nuclear radiation or radioactive contamination arising directly or indirectly from that Fire.

\* NOTE. - If Fire is not an insured peril under this Policy the words "NEVERTHELESS" to the end of the clause do not apply and should be disregarded.

REF 1191

## SANCTION LIMITATION AND EXCLUSION CLAUSE

No (re)insurer shall be deemed to provide cover and no (re)insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that (re)insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

REF 3100

## CLAIM NOTIFICATION CLAUSE (U.S.A.)

The Assured upon knowledge of any incident or occurrence likely to give rise to a claim hereunder shall give immediate written advice thereof to Insurers c/o Bell and Clements Group via his/her insurance representative.

**BC-TR1 (A)**

## DRIVER CRITERIA CONDITIONS ENDORSEMENT

Notwithstanding any provision to the contrary within the Policy to which this Endorsement is attached, this Insurance shall not indemnify the Insured for loss or damage to any Automobile and/or lawful *cargo* as insured by and otherwise recoverable under this Policy unless the Automobile is operated by or such *cargo* is transported by a driver who at inception of this Policy or at the date of hire, **whichever is the later, provides <u>documented</u> evidence of an MVR no older than three months showing that they:**

1) Are aged between twenty-one (21) and seventy-five (75) years of age. All drivers over the age of seventy (70) will be required to have an acceptable annual letter of health from a registered doctor or their authorised representative.

2) Have experience as follows:
   a) a minimum of two (2) years continuous driving experience, within thirty-six (36) months of the policy inception date or date of hire, whichever is the later, driving equipment similar to or driving trucks transporting *cargo* similar to that insured under this Policy; OR
   b) a minimum of one (1) years continuous driving experience, within twenty-four (24) months of the policy inception date or date of hire, whichever is the later, driving equipment similar to or driving trucks transporting *cargo* similar to that insured under this Policy providing there are no violations and no at fault accidents. For such drivers the Deductible stated in the Declarations Page shall be increased by 100% or to a minimum of USD5,000, whichever is the greater.

3) A current valid driver's licence applicable in the United States, Canada or Mexico (driver must have a valid border crossing visa).

4) Have no more than five (5) Minor Violations, as defined below, in the past thirty-six (36) months.

5) Have no more than one (1) at fault accident in the past thirty-six (36) months.

6) Have no Major Violations, as defined below, in the past thirty-six (36) months.

INSURERS' MAINTAIN THE RIGHT TO DECLINE ANY CLAIM WHERE THE DRIVER DOES NOT MEET THE ABOVE DRIVER CRITERIA.

## DEFINITIONS

MINOR VIOLATIONS

   a) All moving violations are considered minor unless listed below as Major Violations.
   b) Defective brakes.
   c) Defective equipment.
   d) Oversize.
   e) Overweight.

MAJOR VIOLATIONS

   a) Driving while intoxicated, driving under the influence, blood alcohol content, implied consent, any drug related violation.
   b) Manslaughter or negligent homicide.
   c) Felony involving a motor vehicle.
   d) Speeding contest or racing.
   e) Hit and run or fleeing the scene of an accident
   f) Careless or reckless driving.
   g) Not having a valid Commercial Drivers Licence or driving a tractor with a general operator's licence.
   h) Fleeing/eluding arrest.
   i) Multiple licences.
   j) False report, statement or fraud.
   k) Operating a vehicle without the owner's authority.
   l) Driving whilst using a mobile device, in violation of state law.

All other terms and conditions remain unaltered.

B&C DCCE 2020/01

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

**Attaching to and Forming part of Certificate Number:     RK66131A21**

| Bell & Clements: B0759RP03502A21 Hereon: (100%) | |
|---|---|
| 100.0000% | Great Lakes Insurance SE |

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

**Effective 3-11-21/22**

## AUTOMOBILE PHYSICAL DAMAGE INSURANCE

## COMMERCIAL VEHICLES (U.S.A.)

### PROPOSAL FORM

1.  Name of Applicant. *Andy Inc*

2.  Address. *10 2405 S Frontage Rom #205, Burr Ridge IL 6.527*

           Number          Street          City          State

3.  Address of Principal Terminal if other than above:

4.  Radius of Operation *vn* Miles between following principal cities:

5.  Type of Cargo carried: *General*

6.  Number of Years in this business: *3*

7.  Vehicle(s) legally owned by

    Loss Payable to

8.  Name of previous Carrier *Great Lakes*

9.  Name of Carrier of Public Liability and Property Damage Insurance *Favscores*

10. Has Applicant had previous Fire, Theft and Collision Automobile Insurance Cancelled?     If so, state date, name of Insurance Company and reason for cancellation:

11. Is Vehicle(s) Owner-Driven? *No*     If drivers are employed, what investigations are made?

12. If more than one Vehicle covered, what is the estimated maximum possible terminal loss? *7,141,550*

13. Amount of Deductible(s) on Collision *2,500*

14. Will you ever use hired equipment?

15. Will any of your Equipment ever be loaned or rented to others?

16. Do you own or use Trucks and/or Trailers other than those listed under Item 20 below?

    If answer is "Yes" specify vehicles and state reasons why insurance is not required:

17. Is Equipment regularly inspected and serviced, if so, at what periods? *2 status*

Page 36 of 81

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

18. Board Fire rate for terminal premises:

19. Premiums and Losses sustained by applicant last five years:

|  |  | LOSSES | | | |
|---|---|---|---|---|---|
| Year | Premiums | Fire | Theft | Collision | Any other physical Loss |
| 19 |  |  |  |  |  |
| 19 |  |  |  |  |  |
| 19 |  |  |  |  |  |
| 19 |  |  |  |  |  |
| 19 |  |  |  |  |  |

20. Description of Vehicle (Specify Truck, Tractor, Trailer, Semi.)

| Item No. | Trade Name | Model Year | Type (Truck, Tractor, Trailer, Semi-trailer, Truck Type Tractor) | Serial No. | Motor No. | Gas (G) or Diesel (D) | Original Cost New Plus Equipment, Alterations and Additions | Amount of Insurance Desired |
|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |
| 4 |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

This application shall not be binding on the Underwriters unless and until a contract of insurance shall be issued and delivered in accordance herewith and then only as of the commencement date of said Insurance and in accordance with all terms thereof and the said Applicant hereby covenants and agrees to and with the Underwriters that the foregoing statements and answers are a just full and true exposition of all the facts and circumstances with regard to the risk to be insured, insofar as same are known to the Applicant, and the same are hereby made the basis and condition of the Insurance.

SIGNED AT

This   4   day of   O....   .....   By ....

(APPLICANT)
(Applicant should state official position)

APPLICANT WITNESS

AGENT

Location of Agency

NMA165i



**KOPKA PINKUS DOLIN** PC
200 W. Adams Street, Suite 1200, Chicago, IL 60606
Phone: (312) 782-9920 Fax: (312) 782-9965

Joel D. Groenewold
JDGroenewold@kopkalaw.com

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

August 9, 2021

**VIA EMAIL (bcarder@johnsonclaimservice.com)**

Mr. Bret Carder
Johnson Claims Service
3103 S. Juniper Avenue
Broken Arrow, OK 74012

     RE:    **Fire Damage to 2021 Freightliner Tractor**
             **Our File:**                 **96666**
             **Johnson Claim Service Claim No.:**   **26359T**

Dear Mr. Carder:

     Please note that I represent MN89, Inc. and its affiliated transportation companies in corporate matters. As you know, this fire accident occurred on April 1, 2021, and the tractor was determined to be a total loss. Apparently, your company adjusted the claim and denied the claim due to the fact that the driver did not have three years of commercial motor vehicle experience according to the MVR report. However, my client provided you with the driver TSP report which shows the driver's employment history since at least 2017, in operating commercial motor vehicles.

     My client has been without the use of this tractor since the fire damage occurred and you are wrongfully denying this claim. We are requesting that you accept this claim and pay the total loss for this tractor, or we will be forced to proceed with further legal action.

     Please contact me with any questions, and I look forward to hearing from you with a response shortly.

     Very truly yours,

     KOPKA PINKUS DOLIN PC

     *Joel D. Groenewold*

     Joel D. Groenewold

JDG/lc
cc:   Ms. Daniela Zelen (via email claims@mn89inc.com)

Exhibit B

FILED DATE: 12/8/2021 9:33 AM   2021CH06112



## KOPKA PINKUS DOLIN PC
200 W. Adams Street, Suite 1200, Chicago, IL  60606
Phone:  (312) 782-9920  Fax:  (312) 782-9965

Joel D. Groenewold
JDGroenewold@kopkalaw.com

August 9, 2021

**VIA EMAIL (bcarder@johnsonclaimservice.com)**

Mr. Bret Carder
Johnson Claims Service
3103 S. Juniper Avenue
Broken Arrow, OK 74012

> RE:   **Accident of April 30, 2021**
> **Our File:**   **96666**
> **Johnson Claim Service Claim No.:**   **26516T**

Dear Mr. Carder:

Please note that I represent MN89, Inc. and its affiliated transportation companies in corporate matters.  You are handling this claim and apparently are disputing with the repair shop on the parts and labor costs.  This tractor has been sitting idle for over three months, and my client is losing time and profits due to your delay in properly adjusting this claim.  This tractor is only two years old, and my client requires certified, warrantied labor and parts by the Volvo repair service.

Please respond to this request and allow this vehicle to be timely repaired, to avoid further legal action on behalf of my client.  I look forward to hearing from you shortly.

Very truly yours,

KOPKA PINKUS DOLIN PC

*Joel D. Groenewold*

Joel D. Groenewold

JDG/lc
cc:   Ms. Daniela Zelen (via email claims@mn89inc.com)

Group Exhibit C

FILED DATE: 12/8/2021 9:33 AM   2021CH06112



**Claim Center**

August 12, 2021

Kopka Pinkus Dolin PC
200 W Adams St., Suite 1200
Chicago, IL 60606

<u>**SENT VIA EMAIL**</u>
<u>**and REGULAR U.S. MAIL**</u>

ATTN:    Joel Groenewold
              <u>JDGroenewold@kopkalaw.com</u>

RE:      Insured -           MN89 Inc.
           Policy # -         RK66131A21
           Date of Loss -   4/30/2021
           Our File # -      B&C303-21
           Your Client -     MN89 Inc.

Dear Mr. Groenewold:

We are writing this letter with regard to insurance effected with Great Lakes Insurance SE (hereinafter referred to as Great Lakes) concerning Automobile Physical Damage coverage. A claim has been presented for damage to a 2020 Volvo tractor, VIN: 4V4NC9EH5LN233772.

We are in receipt of your correspondence dated August 9, 2021, outlining your representation of MN89 Inc. Please note the referenced policy provides Automobile Physical Damage coverage for scheduled units only. There is no coverage under the policy for Liability, Personal Injury Protection, Medial Payments Coverage, or Uninsured/Underinsured Motorist coverage(s).

An adjuster, Bret Carder, with Johnson Transportation Truck & Cargo Adjusters, has been assigned for investigation and handling of this matter. Mr. Carder may be reached by telephone at (918) 455-3900, or by email at <u>bcarder@johnsonclaimservice.com</u>. Mr. Carders file number is 26516T.

Should you have questions concerning this correspondence, please feel free to contact our office.

Sincerely,

Suzanne Hurst

SH/do

cc:    Great Lakes Insurance SE

---

Johnson Claim Service, Inc
3103 S. Juniper Ave,
Broken Arrow, OK 74012
918-455-3900

Claim Center

C-1



**Johnson**
**Claim Service**
A Davies Company

**Claim Center**

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

August 13, 2021

Kopka Pinkus Dolin PC
fbo MN89 Inc.
200 W. Adams St., Suite 1200
Chicago, IL  60606

ATTN:      Joel Groenewold

RE:        Insured -          MN89 Inc.
           Policy # -         RK66131A21
           Date of Loss -     4/1/2021
           Our File # -       B&C236-21

Dear Ms. Zelen:

We are writing this letter with regard to insurance effected with Great Lakes Insurance SE (hereinafter referred to as Great Lakes) concerning Automobile Physical Damage coverage.  A claim has been presented for damage to a 2021 Freightliner tractor, VIN: 3AKJHHDR7MSMS1638, and an adjuster has been assigned for investigation and handling of this matter.

Great Lakes is in receipt of the adjuster's reports and a copy of your driver, Bertran Copeland's Motor Vehicle Record, which reflects he obtained his CDL on December 12, 2019.  The Motor Vehicle Record also reflects several violations.

Please note the policy includes the Driver Criteria Conditions, which states drivers must have at least two (2) years continuous driving experience, or a minimum of one (1) years continuous driving experience, driving equipment similar to that insured under the certificate, providing there are no violations and no chargeable accidents.

Based on the information provided to date, it appears the driver does not meet the two (2) year requirement or the one (1) year requirement.   Therefore, Great Lakes is requesting additional documentation, as well as a copy of the driver's employment application, if available. As it appears the driver does not meet the criteria based on the documentation provided, a question of coverage exists.

For clarification regarding policy provisions, we refer you to your Declaration Page and policy form.  You will note the following:

2

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

"This Declaration Page is attached to and forms part of certificate provisions.

Certificate #   RK66131A21

1.  Name and Address
    of the Assured:        MM89 Inc
                           16W485 S Frontage RD
                           Suite 200
                           Willowbrook, Dupage
                           IL, 60527
                           U.S.A.

2.  Effective:   From:  11 March 2021   To:   11 March 2022
    both days at 12.01a.m. Local Standard Time at the location of the
    risk

3.  Insurance is effective with
    **Great Lakes Insurance SE**

## AUTOMOBILE PHYSICAL DAMAGE INSURANCE

### INSURING AGREEMENTS

1.  In consideration of the premium paid hereon and the particulars and statements contained in the written Proposal, a copy of which is attached hereto, which particulars and statements are warranted by the Assured to be true and are agreed to be incorporated herein, the Insurers hereby agree to indemnify the Assured against direct and accidental loss of or damage to the Automobiles specified in the Schedule herein, during the Period of Insurance specified in the Schedule, while such Automobiles are within the United States of America (excluding Hawaii, the Philippine Islands, the Virgin Islands and Puerto Rico) and the Dominion of Canada.

### CONDITIONS

3.  NOTICE TO INSURERS. Upon the occurrence of any accident claimed to be covered under this Insurance, the Assured or someone on his behalf shall give, as soon as reasonably possible, written notice thereof to the Insurers and in the event of theft, larceny, robbery or pilferage or vandalism to the police, but shall not, except at his own cost, offer or pay any reward for recovery of the vehicle. Such notice shall contain particulars sufficient to identify the insured Automobile(s).

3

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

5.    PROOF OF LOSS. Within sixty (60) days after loss or damage, unless such time is extended in writing by the Insurers, the Assured shall forward to the Insurers, a statement, signed and sworn to by the Assured, stating the place, time and cause of the loss or damage, the interest of the Assured and of all others in the property, the sound value thereof and the amount of loss or damage thereto, all encumbrances thereon and all other insurance, whether valid and collectible or not, covering said property.   The Assured, as often as required, shall submit to examination under oath by any person designated by the Insurers and subscribe the same.   As often as required, the Assured shall produce for examination all books of accounts, bills, invoices, and other vouchers, or certified copies thereof if the originals are lost, at such reasonable place as may be designated by the Insurers, and shall permit extracts and copies thereof to be made.

6.    PAYMENT OF LOSS. The loss shall in no event become payable, until sixty (60) days after the verified proof of loss herein required shall have been received by the Insurers and, if appraisal is demanded, then not until sixty (60) days after an award has been made by the appraisers.

9.    PROTECTION OF SALVAGE, RECOVERY AND STORAGE.   In the event of loss or damage to an Automobile, the Assured shall protect the Automobile from other or further loss or damage.  Any such other or further loss or damage due directly or indirectly to the Assured's failure to protect the Automobile shall not be recoverable under this policy.   Any at of the Assured or of the Insurers in recovering, saving or preserving the Automobile shall be considered as done for the benefit of both parties and without prejudice to the rights of either party.

If the loss or damage to the Automobile is recoverable under this policy, all reasonable and necessary expenses (including towing and storage charges) incurred by the Assured as a result of such loss or damage shall also be recoverable under this policy, providing the total of such expenses and claim for the loss or damage to the Automobile does not exceed the lesser of:

(a)    The Limit of Liability stated in Part A of the Schedule in respect of the Automobile that has sustained such loss or damage, plus the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of reasonable and necessary expenses ( including towing and storage charges); or

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

   (b)    The actual cash value of the Automobile that has sustained loss or damage, plus the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of reasonable and necessary expenses (including towing and storage charges) less the applicable Policy deductible.

However, notwithstanding anything contained in Parts (a) and (b) above, in the event of loss or damage to a combination of Automobile(s) in any one event, catastrophe or terminal loss, the most Insurers will pay in respect of all reasonable and necessary expenses (including towing and storage charges) incurred by the Assured, shall not exceed the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of such combination of Automobile(s) and in no event shall apply separately to each Automobile that has sustained loss or damage.

Furthermore, any such expenses recoverable under this Policy shall only be payable within the limit stated in the Declaration(s) page under Protection of Salvage, Recovery and Storage and shall not be recoverable under any other limit for any other coverage provided herein.

There shall be no coverage afforded by this insurance for costs of recovering, saving, preserving or storing an Automobile that has not sustained loss or damage which is covered by this insurance.

## THE SCHEDULE

### PART B.  Limits of Liability, Perils and Premium

#### Limits of Liability

| | |
|---|---|
| **Limit any one Automobile** | USD 150,000 |
| **Limit in respect of any combination of Automobile(s), truck, tractor, trailer or semi-trailer** | USD 195,000 |
| **Limit any one event, catastrophe or terminal loss:** | USD 1,500,000 |

### DRIVER CRITERIA CONDITIONS ENDORSEMENT

Notwithstanding any provisions to the contrary within the Policy to which this Endorsement is attached, this Insurance shall not indemnify the Insured for loss or damage to any Automobile and/or lawful *cargo* as

insured and otherwise recoverable under this Policy unless the Automobile is operated by or such *cargo* is transported by a driver who at inception of this Policy or at the date of hire, **whichever is the later, provided <u>documented</u> evidence of an MVR no older than three months showing that they:**

2)  Have experience as follows:
    a)  a minimum of two (2) years continuous driving experience, within thirty-six (36) months of the policy inception date or date of hire, whichever is the later, driving equipment similar to or driving trucks transporting *cargo* similar to that insured under this Policy; OR
    b)  a minimum of one (1) years continuous driving experience, within twenty-four (24) months of the policy inception date or date of hire, whichever is the later, driving equipment similar to or driving trucks transporting *cargo* similar to that insured under this Policy providing there are no violations and no at fault accidents.  For such drivers the Deductible stated in the Declarations Page shall be increased by 100% or to a minimum of USD5,000, whichever is the greater."

The continued investigation of this matter should not be construed as a waiver of any policy provisions and/or conditions that may be revealed in the course of further investigation.  Great Lakes does not waive other provisions, limitations, exclusions or conditions of the involved insurance policy, but rather specifically reserves them.  All rights, defenses and privileges afforded Great Lakes under the policy and at law are hereby expressly reserved on their behalf.

Thank you for your continued cooperation in respect to the further investigation/evaluation of this claim.

Our office, on behalf of our principal, in complying with Rule #9:19 of the Illinois Unfair Claims Practices Act must inform you that should you wish to take this matter under advisement with the Illinois Department of Insurance, they maintain a public service division to investigate any and all complaints in Chicago, at 160 North LaSalle Street, Chicago, Illinois 60606, and in Springfield, at 320 West Washington Street, Springfield, Illinois 62767.

Sincerely,

*Suzanne Hurst*

Suzanne Hurst

SH/rc

cc:    Great Lakes Insurance SE

FILED DATE: 12/8/2021 9:33 AM   2021CH06112



**Claim Center**

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

August 13, 2021

Kopka Pinkus Dolin PC
fbo MN89 Inc.
200 W. Adams St., Suite 1200
Chicago, IL  60606

**CERTIFIED MAIL**
**RETURNED RECEIPT REQUESTED**
**7020 1290 0000 3549 5506**
**and REGULAR U.S. MAIL**

ATTN:     Joel Groenewold

RE:       Insured -          MN89 Inc.
          Policy # -         RK66131A21
          Date of Loss -     4/1/2021
          Our File # -       B&C236-21

Dear Ms. Zelen:

We are writing this letter with regard to insurance effected with Great Lakes Insurance SE (hereinafter referred to as Great Lakes) concerning Automobile Physical Damage coverage.  A claim has been presented for damage to a 2021 Freightliner tractor, VIN: 3AKJHHDR7MSMS1638, and an adjuster has been assigned for investigation and handling of this matter.

Great Lakes is in receipt of the adjuster's reports and a copy of your driver, Bertran Copeland's Motor Vehicle Record, which reflects he obtained his CDL on December 12, 2019. The Motor Vehicle Record also reflects several violations.

Please note the policy includes the Driver Criteria Conditions, which states drivers must have at least two (2) years continuous driving experience, or a minimum of one (1) years continuous driving experience, driving equipment similar to that insured under the certificate, providing there are no violations and no chargeable accidents.

Based on the information provided to date, it appears the driver does not meet the two (2) year requirement or the one (1) year requirement.   Therefore, Great Lakes is requesting additional documentation, as well as a copy of the driver's employment application, if available. As it appears the driver does not meet the criteria based on the documentation provided, a question of coverage exists.

For clarification regarding policy provisions, we refer you to your Declaration Page and policy form.  You will note the following:

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

"This Declaration Page is attached to and forms part of certificate provisions.

Certificate #    RK66131A21

1.    Name and Address
      of the Assured:            MM89 Inc
                                 16W485 S Frontage RD
                                 Suite 200
                                 Willowbrook, Dupage
                                 IL, 60527
                                 U.S.A.

2.    Effective:    From:  11 March 2021    To:    11 March 2022
      both days at 12.01a.m. Local Standard Time at the location of the
      risk

3.    Insurance is effective with
      **Great Lakes Insurance SE**

## AUTOMOBILE PHYSICAL DAMAGE INSURANCE

### INSURING AGREEMENTS

1.  In consideration of the premium paid hereon and the particulars and statements contained in the written Proposal, a copy of which is attached hereto, which particulars and statements are warranted by the Assured to be true and are agreed to be incorporated herein, the Insurers hereby agree to indemnify the Assured against direct and accidental loss of or damage to the Automobiles specified in the Schedule, during the Period of Insurance specified in the Schedule, while such Automobiles are within the United States of America (excluding Hawaii, the Philippine Islands, the Virgin Islands and Puerto Rico) and the Dominion of Canada.

### CONDITIONS

3.    NOTICE TO INSURERS. Upon the occurrence of any accident claimed to be covered under this Insurance, the Assured or someone on his behalf shall give, as soon as reasonably possible, written notice thereof to the Insurers and in the event of theft, larceny, robbery or pilferage or vandalism to the police, but shall not, except at his own cost, offer or pay any reward for recovery of the vehicle. Such notice shall contain particulars sufficient to identify the insured Automobile(s).

5.  PROOF OF LOSS. Within sixty (60) days after loss or damage, unless such time is extended in writing by the Insurers, the Assured shall forward to the Insurers, a statement, signed and sworn to by the Assured, stating the place, time and cause of the loss or damage, the interest of the Assured and of all others in the property, the sound value thereof and the amount of loss or damage thereto, all encumbrances thereon and all other insurance, whether valid and collectible or not, covering said property. The Assured, as often as required, shall submit to examination under oath by any person designated by the Insurers and subscribe the same. As often as required, the Assured shall produce for examination all books of accounts, bills, invoices, and other vouchers, or certified copies thereof if the originals are lost, at such reasonable place as may be designated by the Insurers, and shall permit extracts and copies thereof to be made.

6.  PAYMENT OF LOSS. The loss shall in no event become payable, until sixty (60) days after the verified proof of loss herein required shall have been received by the Insurers and, if appraisal is demanded, then not until sixty (60) days after an award has been made by the appraisers.

9.  PROTECTION OF SALVAGE, RECOVERY AND STORAGE. In the event of loss or damage to an Automobile, the Assured shall protect the Automobile from other or further loss or damage. Any such other or further loss or damage due directly or indirectly to the Assured's failure to protect the Automobile shall not be recoverable under this policy. Any at of the Assured or of the Insurers in recovering, saving or preserving the Automobile shall be considered as done for the benefit of both parties and without prejudice to the rights of either party.

    If the loss or damage to the Automobile is recoverable under this policy, all reasonable and necessary expenses (including towing and storage charges) incurred by the Assured as a result of such loss or damage shall also be recoverable under this policy, providing the total of such expenses and claim for the loss or damage to the Automobile does not exceed the lesser of:

    (a)  The Limit of Liability stated in Part A of the Schedule in respect of the Automobile that has sustained such loss or damage, plus the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of reasonable and necessary expenses ( including towing and storage charges); or

4

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

(b)    The actual cash value of the Automobile that has sustained loss or damage, plus the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of reasonable and necessary expenses (including towing and storage charges) less the applicable Policy deductible.

However, notwithstanding anything contained in Parts (a) and (b) above, in the event of loss or damage to a combination of Automobile(s) in any one event, catastrophe or terminal loss, the most Insurers will pay in respect of all reasonable and necessary expenses (including towing and storage charges) incurred by the Assured, shall not exceed the limit stated in the Declaration(s) Page under Protection of Salvage, Recovery and Storage in respect of such combination of Automobile(s) and in no event shall apply separately to each Automobile that has sustained loss or damage.

Furthermore, any such expenses recoverable under this Policy shall only be payable within the limit stated in the Declaration(s) page under Protection of Salvage, Recovery and Storage and shall not be recoverable under any other limit for any other coverage provided herein.

There shall be no coverage afforded by this insurance for costs of recovering, saving, preserving or storing an Automobile that has not sustained loss or damage which is covered by this insurance.

## THE SCHEDULE

### PART B.  Limits of Liability, Perils and Premium

#### Limits of Liability

| | |
|---|---|
| **Limit any one Automobile** | USD 150,000 |
| **Limit in respect of any combination of Automobile(s), truck, tractor, trailer or semi-trailer** | USD 195,000 |
| **Limit any one event, catastrophe or terminal loss:** | USD 1,500,000 |

## DRIVER CRITERIA CONDITIONS ENDORSEMENT

Notwithstanding any provisions to the contrary within the Policy to which this Endorsement is attached, this Insurance shall not indemnify the Insured for loss or damage to any Automobile and/or lawful *cargo* as

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

insured and otherwise recoverable under this Policy unless the Automobile is operated by or such *cargo* is transported by a driver who at inception of this Policy or at the date of hire, **whichever is the later, provided <u>documented</u> evidence of an MVR no older than three months showing that they:**

2) Have experience as follows:
   a) a minimum of two (2) years continuous driving experience, within thirty-six (36) months of the policy inception date or date of hire, whichever is the later, driving equipment similar to or driving trucks transporting *cargo* similar to that insured under this Policy; OR
   b) a minimum of one (1) years continuous driving experience, within twenty-four (24) months of the policy inception date or date of hire, whichever is the later, driving equipment similar to or driving trucks transporting *cargo* similar to that insured under this Policy providing there are no violations and no at fault accidents. For such drivers the Deductible stated in the Declarations Page shall be increased by 100% or to a minimum of USD5,000, whichever is the greater."

The continued investigation of this matter should not be construed as a waiver of any policy provisions and/or conditions that may be revealed in the course of further investigation. Great Lakes does not waive other provisions, limitations, exclusions or conditions of the involved insurance policy, but rather specifically reserves them. All rights, defenses and privileges afforded Great Lakes under the policy and at law are hereby expressly reserved on their behalf.

Thank you for your continued cooperation in respect to the further investigation/evaluation of this claim.

Our office, on behalf of our principal, in complying with Rule #9:19 of the Illinois Unfair Claims Practices Act must inform you that should you wish to take this matter under advisement with the Illinois Department of Insurance, they maintain a public service division to investigate any and all complaints in Chicago, at 160 North LaSalle Street, Chicago, Illinois 60606, and in Springfield, at 320 West Washington Street, Springfield, Illinois 62767.

Sincerely,

*Suzanne Hurst*

Suzanne Hurst

SH/rc

cc:   Great Lakes Insurance SE

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

| From: | Joel D. Groenewold |
| --- | --- |
| Sent: | Friday, September 17, 2021 2:49 PM |
| To: | 'Bret Carder' |
| Cc: | Leticia Corona |
| Subject: | RE: File: 96666  Claim No N/A;  MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: [EXTERNAL] File: 96666  Claim No. 26359T:  Fire Damage to 2021 Freightliner Tractor |
| Attachments: | Bertram Copeland - PSP (2).pdf |

Mr. Carder:

I enclose the driver's PSP report from DriverIQ showing his commercial driving history since at least 2015 (with the same CDL number), so he certainly has had his CDL for longer than two years prior to the date of loss.  I will request his employment application and forward upon receipt, and further note that this claim has been languishing for months with no positive response; meanwhile, my client has had to pay $1,200 per week for a rental unit from Penske which is only increasing its damages.  Please re-visit your denial and let me know if you have any further questions.

Joel

**Joel D. Groenewold** | shareholder
Licensed in Illinois and Wisconsin



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 **x** 309 | **F:** 312.782.9965
**Direct:** 312.704.5162 | **Cell:** 312.203.4881

**Offices in Illinois, Indiana, Kentucky, Michigan and Wisconsin**

website | vCard | map | email

**From:** Bret Carder <bcarder@johnsonclaimservice.com>
**Sent:** Friday, September 17, 2021 2:34 PM
**To:** Joel D. Groenewold <JDGroenewold@kopkalaw.com>
**Cc:** Leticia Corona <LCorona@kopkalaw.com>
**Subject:** RE: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor

Mr. Groenewold,

Following up on our recent emails.

All information received to date reflects the insured's driver, Bertram Copeland, received his CDL on 12/12/2019. We are requesting MVR / CDL documentation be provided which confirms that the driver has continuously held a CDL for a period of two years prior to this policy inception date of 3/11/2021. Please provide a copy of the driver's employment application, as well.

Please contact me if you have any questions.

1

C-4

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

Regards,

**Bret Carder**
Transportation Adjuster
Johnson Claim Service, A Davies Company



**3103 S. Juniper Ave.**
**Broken Arrow, OK 74012**
T. 918-455-3900
E. bret.carder@davies-group.com
www.davies-group.com

**From:** Bret Carder
**Sent:** Friday, September 3, 2021 1:35 PM
**To:** 'Joel D. Groenewold'
**Cc:** 'LCorona@kopkalaw.com'
**Subject:** RE: [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor

Mr. Groenewold,

Following up on our 8/27/2021 email.

All information received to date reflects the insured's driver, Bertram Copeland, received his CDL on 12/12/2019. We are requesting MVR / CDL documentation be provided which confirms that the driver has continuously held a CDL for a period of two years prior to this policy inception date of 3/11/2021. Please provide a copy of the driver's employment application, as well.

Please contact me if you have any questions.

Regards,

**Bret Carder**
Transportation Adjuster
Johnson Claim Service, A Davies Company



**3103 S. Juniper Ave.**
**Broken Arrow, OK 74012**
T. 918-455-3900
E. bret.carder@davies-group.com
www.davies-group.com

**From:** Bret Carder
**Sent:** Friday, August 27, 2021 3:57 PM
**To:** 'Joel D. Groenewold'
**Cc:** 'LCorona@kopkalaw.com'
**Subject:** RE: [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

Mr. Groenewold,

All information received to date reflects the insured's driver, Bertram Copeland, received his CDL on 12/12/2019. We are requesting MVR / CDL documentation be provided which confirms that the driver has continuously held a CDL for a period of two years prior to this policy inception date of 3/11/2021. Please provide a copy of the driver's employment application, as well.

Please contact me if you have any questions.

Regards,

**Bret Carder**
**Transportation Adjuster**
**Johnson Claim Service, A Davies Company**



**3103 S. Juniper Ave.**
**Broken Arrow, OK 74012**
**T. 918-455-3900**
**E. bret.carder@davies-group.com**
**www.davies-group.com**

---

**From:** Leticia Corona [mailto:LCorona@kopkalaw.com] **On Behalf Of** Joel D. Groenewold
**Sent:** Monday, August 9, 2021 3:51 PM
**To:** Bret Carder
**Cc:** claims@mn89inc.com
**Subject:** [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor

Please see attached.

**Leticia Corona**



**KOPKA PINKUS DOLIN** PC
**200 W. Adams Street, Suite 1200**
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

This email has been scanned for email related threats and delivered safely by Mimecast.
This email and any attachments are CONFIDENTIAL and may contain legally privileged information. If you are not the intended recipient of this email message, please notify us by return e-mail and immediately, delete this message from your system and do not read, copy, distribute, disclose or otherwise use this email message and any attachments. Although Johnson Claim Service, Inc. believes this email and any attachments to be free of any virus or other defect that may affect your computer, it is the responsibility of the recipient to ensure that it is virus free and Johnson Claim Service, Inc. does not accept any responsibility for any loss or damage arising in any way from its use.

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

| | |
|---|---|
| **From:** | Bret Carder <bcarder@johnsonclaimservice.com> |
| **Sent:** | Friday, September 17, 2021 2:34 PM |
| **To:** | Joel D. Groenewold |
| **Cc:** | Leticia Corona |
| **Subject:** | RE: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor |

Mr. Groenewold,

Following up on our recent emails.

All information received to date reflects the insured's driver, Bertram Copeland, received his CDL on 12/12/2019. We are requesting MVR / CDL documentation be provided which confirms that the driver has continuously held a CDL for a period of two years prior to this policy inception date of 3/11/2021. Please provide a copy of the driver's employment application, as well.

Please contact me if you have any questions.

Regards,

**Bret Carder**
**Transportation Adjuster**
**Johnson Claim Service, A Davies Company**



3103 S. Juniper Ave.
Broken Arrow, OK 74012
T. 918-455-3900
E. **bret.carder@davies-group.com**
**www.davies-group.com**

**From:** Bret Carder
**Sent:** Friday, September 3, 2021 1:35 PM
**To:** 'Joel D. Groenewold'
**Cc:** 'LCorona@kopkalaw.com'
**Subject:** RE: [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor

Mr. Groenewold,

Following up on our 8/27/2021 email.

All information received to date reflects the insured's driver, Bertram Copeland, received his CDL on 12/12/2019. We are requesting MVR / CDL documentation be provided which confirms that the driver has continuously held a CDL for a period of two years prior to this policy inception date of 3/11/2021. Please provide a copy of the driver's employment application, as well.

Please contact me if you have any questions.

C-5

Regards,

**Bret Carder**
**Transportation Adjuster**
**Johnson Claim Service, A Davies Company**



**3103 S. Juniper Ave.**
**Broken Arrow, OK 74012**
**T. 918-455-3900**
**E. bret.carder@davies-group.com**
**www.davies-group.com**

**From:** Bret Carder
**Sent:** Friday, August 27, 2021 3:57 PM
**To:** 'Joel D. Groenewold'
**Cc:** 'LCorona@kopkalaw.com'
**Subject:** RE: [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor

Mr. Groenewold,

All information received to date reflects the insured's driver, Bertram Copeland, received his CDL on 12/12/2019. We are requesting MVR / CDL documentation be provided which confirms that the driver has continuously held a CDL for a period of two years prior to this policy inception date of 3/11/2021. Please provide a copy of the driver's employment application, as well.

Please contact me if you have any questions.

Regards,

**Bret Carder**
**Transportation Adjuster**
**Johnson Claim Service, A Davies Company**



**3103 S. Juniper Ave.**
**Broken Arrow, OK 74012**
**T. 918-455-3900**
**E. bret.carder@davies-group.com**
**www.davies-group.com**

**From:** Leticia Corona [mailto:LCorona@kopkalaw.com] **On Behalf Of** Joel D. Groenewold
**Sent:** Monday, August 9, 2021 3:51 PM
**To:** Bret Carder
**Cc:** claims@mn89inc.com
**Subject:** [EXTERNAL] File: 96666 Claim No. 26359T: Fire Damage to 2021 Freightliner Tractor

Please see attached.

2

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

**Leticia Corona**



**KOPKA PINKUS DOLIN** PC
200 W. Adams Street, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

This email has been scanned for email related threats and delivered safely by Mimecast.
This email and any attachments are CONFIDENTIAL and may contain legally privileged information. If you are not the intended recipient of this email message, please notify us by return e-mail and immediately, delete this message from your system and do not read, copy, distribute, disclose or otherwise use this email message and any attachments. Although Johnson Claim Service, Inc. believes this email and any attachments to be free of any virus or other defect that may affect your computer, it is the responsibility of the recipient to ensure that it is virus free and Johnson Claim Service, Inc. does not accept any responsibility for any loss or damage arising in any way from its use.

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

| | |
|---|---|
| **From:** | Joel D. Groenewold |
| **Sent:** | Friday, October 22, 2021 9:42 AM |
| **To:** | Gregory T. Glen |
| **Subject:** | RE: File: 96666  Claim No N/A;  MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic |

125 N. Lincoln Street.  Just north of the car was about a block and a half.

**Joel D. Groenewold** | shareholder
Licensed in Illinois and Wisconsin



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 **x 309** | **F:** 312.782.9965
**Direct:** 312.704.5162 | **Cell:** 312.203.4881

**Offices in Illinois, Indiana, Kentucky, Michigan and Wisconsin**

website | vCard | map | email

**From:** Gregory T. Glen <gtglen@kopkalaw.com>
**Sent:** Friday, October 22, 2021 9:34 AM
**To:** Joel D. Groenewold <JDGroenewold@kopkalaw.com>
**Subject:** RE: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic

Sure.  I will be heading that way around 4:30 today.  What is your address?

**Gregory T. Glen** | Attorney



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

**From:** Joel D. Groenewold <JDGroenewold@kopkalaw.com>
**Sent:** Friday, October 22, 2021 7:30 AM
**To:** Gregory T. Glen <gtglen@kopkalaw.com>
**Subject:** RE: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic

If you have time tomorrow, you could come to my house and pick them up Greg.  I live a block from Fuller's.  Or today?  Whatever is easiest for you my man

1

C-6

**Joel D. Groenewold** | shareholder
Licensed in Illinois and Wisconsin



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 x 309 | **F:** 312.782.9965
**Direct:** 312.704.5162 | **Cell:** 312.203.4881

**Offices in Illinois, Indiana, Kentucky, Michigan and Wisconsin**

website | vCard | map | email

**From:** Gregory T. Glen <gtglen@kopkalaw.com>
**Sent:** Friday, October 22, 2021 9:21 AM
**To:** Joel D. Groenewold <JDGroenewold@kopkalaw.com>
**Subject:** File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic

Good morning Joel: Daniela mentioned you have some original records that she would like to have back. Can we do a transfer? I was planning to go to the office on Sunday and can leave them there for mailing. I could either meet you somewhere or pick them up a Fuller's tomorrow if that is easiest. Just let me know. Thanks, Greg

**Gregory T. Glen** | Attorney



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

| | |
|---|---|
| **From:** | Gregory T. Glen |
| **Sent:** | Tuesday, November 23, 2021 12:39 PM |
| **To:** | Kavanagh, Kevin |
| **Cc:** | Suzanne Hurst; Breen, Brian F. |
| **Subject:** | RE: File: 96666  Claim No N/A;  MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: MN89 Inc / B&C236-21  File No. 10712.00205 |
| **Attachments:** | [10543821] [10325800] application copeland_000877.pdf; Bertram Copeland - PSP (2).pdf |

Kevin:  Thank you for speaking with me today.  Attached are records for your review.  We are seeking a resolution of this claims as my client is being charged $1200 per week in rental fees.  I will be in further communication shortly.  Happy Thanksgiving to you and your family.  Thank you.  Greg Glen

**Gregory T. Glen | Attorney**



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

**From:** Kavanagh, Kevin <Kevin.Kavanagh@wilsonelser.com>
**Sent:** Monday, November 22, 2021 12:47 PM
**To:** Gregory T. Glen <gtglen@kopkalaw.com>
**Cc:** Suzanne Hurst <shurst@johnsonclaimservice.com>; Breen, Brian F. <Brian.Breen@wilsonelser.com>
**Subject:** Fwd: MN89 Inc / B&C236-21 File No. 10712.00205

Glen,  Apolgies. Suzanne asked me to call last week and it's still on my to do list. I am available for a call tomorrow afternoon. My cell is 856.780.0728. Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** Suzanne Hurst <Suzanne.Hurst@us.davies-group.com>
> **Date:** November 22, 2021 at 3:19:53 PM EST
> **To:** "Kavanagh, Kevin" <Kevin.Kavanagh@wilsonelser.com>
> **Subject:** FW: MN89 Inc / B&C236-21  File No. 10712.00205

**[EXTERNAL EMAIL]**

Hi Kevin,

1

C-7

I hope you are well.

Please see comments below from the insured's attorney.

We await your comments/recommendations.

Thank you,

Suzanne Hurst

Suzanne Hurst
TPA Supervisor

Johnson Claim Service, a Davies company
—

3103 S. Juniper Ave.
Broken Arrow, OK 74012
P. 918-455-3900
E. Suzanne.Hurst@us.davies-group.com
www.davies-group.com/claims/na/

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

From: Gregory T. Glen <gtglen@kopkalaw.com>
Sent: Monday, November 22, 2021 8:54 AM
To: Bret Carder <Bret.Carder@us.davies-group.com>
Subject: RE: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: File: 96666 Claim No 26516T; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic

Bret: Thank you. Please have the insurance carrier expedite the process if possible. I know you are following procedures. However, this check issue and the Pensky issue have become a real problem. I did speak with your manager last week, who relayed that legal counsel was to call me last week about he Pensky issue. Of course, they did not contact me. My project today is to file a bad faith claim against the carrier for its failure to resolve the insurance claim. Please keep me updated. Thank you. Greg Glen

Gregory T. Glen | Attorney
<image001.jpg>

200 West Adams, Suite 1200
Chicago, IL 60606
T: 312.782.9920 | F: 312.782.9965
Direct: 312.704.5173 | Cell: 708.372.5963

Offices in Illinois, Indiana, Michigan and Kentucky

website | vCard | map | email

From: Bret Carder <Bret.Carder@us.davies-group.com>
Sent: Monday, November 22, 2021 6:44 AM
To: Gregory T. Glen <gtglen@kopkalaw.com>
Subject: RE: File: 96666 Claim No 26516T; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

Greg,

**We are in receipt of the check and documents, which will be forwarded to the insurance carrier for review. We will advise once we have further instructions.**

Regards,

**Bret Carder**
Transportation Adjuster

Johnson Claim Service, a Davies company
--

3103 S. Juniper Ave.
Broken Arrow, OK 74012
P. 918-455-3900
E. Bret.Carder@us.davies-group.com
**www.davies-group.com/claims/na/**

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From: Gregory T. Glen <gtglen@kopkalaw.com>**
**Sent: Thursday, November 18, 2021 9:34 AM**
**To: Bret Carder <Bret.Carder@us.davies-group.com>**
**Subject: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic**

**Good Morning Bret:  I am just following up to make sure you received the returned check and affidavits we submitted in this case.  Please let me know if there will be any issue with the re-issue of the check for property damage.  Thank you and have a great day.  Greg Glen**

**Gregory T. Glen** | Attorney
<image001.jpg>

**200 West Adams, Suite 1200**
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

**Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm**

This email has been scanned for email related threats and delivered safely by Mimecast.

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

Legal disclaimer:
The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person.

Any statements made, or intentions expressed in this communication may not necessarily reflect the view of the Company. Be advised that no content herein may be held binding upon the Company or any associated Company unless confirmed by the issuance of a formal contractual document. The Company may monitor the content of emails sent and received via its network for viruses or unauthorised use and for other lawful business purposes.

The sender of this email is a member of the Davies Group of companies, the parent of which is Davies Group Limited (registered in the UK Company Number 6479822).

**Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm**

**This email has been scanned for email related threats and delivered safely by Mimecast.**

Legal disclaimer:
The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person.

Any statements made, or intentions expressed in this communication may not necessarily reflect the view of the Company. Be advised that no content herein may be held binding upon the Company or any associated Company unless confirmed by the issuance of a formal contractual document. The Company may monitor the content of emails sent and received via its network for viruses or unauthorised use and for other lawful business purposes.

The sender of this email is a member of the Davies Group of companies, the parent of which is Davies Group Limited (registered in the UK Company Number 6479822).

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.
Thank you.

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

| | |
|---|---|
| **From:** | Gregory T. Glen |
| **Sent:** | Monday, November 29, 2021 2:00 PM |
| **To:** | Kavanagh, Kevin |
| **Cc:** | Suzanne Hurst; Breen, Brian F. |
| **Subject:** | RE: File: 96666  Claim No N/A;  MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: MN89 Inc / B&C236-21  File No. 10712.00205 |
| **Attachments:** | copeland  employment verification.pdf |

Kevin:  I hope you had a great weekend.  Please attached additional information regarding the driving and CDL history for Mr. Copeland.  Please let me know what we have to do to get this matter resolved ASAP.  Thank you. Greg Glen

**Gregory T. Glen** | Attorney



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

---

**From:** Gregory T. Glen
**Sent:** Tuesday, November 23, 2021 10:39 AM
**To:** Kavanagh, Kevin <Kevin.Kavanagh@wilsonelser.com>
**Cc:** Suzanne Hurst <shurst@johnsonclaimservice.com>; Breen, Brian F. <Brian.Breen@wilsonelser.com>
**Subject:** RE: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: MN89 Inc / B&C236-21 File No. 10712.00205

Kevin:  Thank you for speaking with me today.  Attached are records for your review.  We are seeking a resolution of this claims as my client is being charged $1200 per week in rental fees.  I will be in further communication shortly.  Happy Thanksgiving to you and your family.  Thank you.  Greg Glen

**Gregory T. Glen** | Attorney



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

C-8

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

**From:** Kavanagh, Kevin <Kevin.Kavanagh@wilsonelser.com>
**Sent:** Monday, November 22, 2021 12:47 PM
**To:** Gregory T. Glen <gtglen@kopkalaw.com>
**Cc:** Suzanne Hurst <shurst@johnsonclaimservice.com>; Breen, Brian F. <Brian.Breen@wilsonelser.com>
**Subject:** Fwd: MN89 Inc / B&C236-21 File No. 10712.00205

Glen,  Apolgies. Suzanne asked me to call last week and it's still on my to do list. I am available for a call tomorrow afternoon. My cell is 856.780.0728. Kevin

Sent from my iPhone

Begin forwarded message:

> **From:** Suzanne Hurst <Suzanne.Hurst@us.davies-group.com>
> **Date:** November 22, 2021 at 3:19:53 PM EST
> **To:** "Kavanagh, Kevin" <Kevin.Kavanagh@wilsonelser.com>
> **Subject:** FW: MN89 Inc / B&C236-21  File No. 10712.00205


> [EXTERNAL EMAIL]
>
> Hi Kevin,
>
> I hope you are well.
>
> Please see comments below from the insured's attorney.
>
> We await your comments/recommendations.
>
> Thank you,
>
> Suzanne Hurst
>
>
> Suzanne Hurst
> TPA Supervisor
>
> Johnson Claim Service, a Davies company
> ---
>
> 3103 S. Juniper Ave.
> Broken Arrow, OK 74012
> P. 918-455-3900
> E. Suzanne.Hurst@us.davies-group.com
> www.davies-group.com/claims/na/

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From:** Gregory T. Glen <gtglen@kopkalaw.com>
**Sent:** Monday, November 22, 2021 8:54 AM
**To:** Bret Carder <Bret.Carder@us.davies-group.com>
**Subject:** RE: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: File: 96666 Claim No 26516T; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

Bret: Thank you. Please have the insurance carrier expedite the process if possible. I know you are following procedures. However, this check issue and the Pensky issue have become a real problem. I did speak with your manager last week, who relayed that legal counsel was to call me last week about he Pensky issue. Of course, they did not contact me. My project today is to file a bad faith claim against the carrier for its failure to resolve the insurance claim. Please keep me updated. Thank you. Greg Glen

**Gregory T. Glen** | Attorney
<image001.jpg>

**200 West Adams, Suite 1200**
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

**From: Bret Carder <**Bret.Carder@us.davies-group.com>
**Sent: Monday, November 22, 2021 6:44 AM**
**To: Gregory T. Glen <**gtglen@kopkalaw.com>
**Subject: RE: File: 96666 Claim No 26516T; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic**

Greg,

We are in receipt of the check and documents, which will be forwarded to the insurance carrier for review. We will advise once we have further instructions.

Regards,

**Bret Carder**
Transportation Adjuster

Johnson Claim Service, a Davies company
---

3103 S. Juniper Ave.
Broken Arrow, OK 74012
P. 918-455-3900
E. Bret.Carder@us.davies-group.com
www.davies-group.com/claims/na/

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.

**From: Gregory T. Glen <**gtglen@kopkalaw.com>
**Sent: Thursday, November 18, 2021 9:34 AM**
**To: Bret Carder <**Bret.Carder@us.davies-group.com>
**Subject: File: 96666 Claim No N/A; MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic**

Good Morning Bret: I am just following up to make sure you received the returned check and affidavits we submitted in this case. Please let me know if there will be any issue with the re-issue of the check for property damage. Thank you and have a great day. Greg Glen

**Gregory T. Glen | Attorney**
<image001.jpg>

**200 West Adams, Suite** 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

This email has been scanned for email related threats and delivered safely by Mimecast.

Legal disclaimer:
The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person.

Any statements made, or intentions expressed in this communication may not necessarily reflect the view of the Company. Be advised that no content herein may be held binding upon the Company or any associated Company unless confirmed by the issuance of a formal contractual document. The Company may monitor the content of emails sent and received via its network for viruses or unauthorised use and for other lawful business purposes.

The sender of this email is a member of the Davies Group of companies, the parent of which is Davies Group Limited (registered in the UK Company Number 6479822).

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

This email has been scanned for email related threats and delivered safely by Mimecast.

Legal disclaimer:
The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this e-mail or its attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender of that fact by return e-mail and permanently delete the e-mail and any attachments to it immediately. Please do not retain copy or use this e-mail or its attachments for any purpose, nor disclose all or any part of its contents to any other person.

Any statements made, or intentions expressed in this communication may not necessarily reflect the view of the Company. Be advised that no content herein may be held binding upon the Company or any associated Company unless confirmed by the issuance of a formal contractual document. The Company may monitor the content of emails sent and received via its network for viruses or unauthorised use and for other lawful business purposes.

The sender of this email is a member of the Davies Group of companies, the parent of which is Davies Group Limited (registered in the UK Company Number 6479822).

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.
Thank you.

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

| | |
|---|---|
| **From:** | Gregory T. Glen |
| **Sent:** | Tuesday, November 30, 2021 12:54 PM |
| **To:** | Kavanagh, Kevin |
| **Subject:** | FW: File: 96666  Claim No N/A;  MN89, Inc., Dasic Logistics, Inc. and Ivan Dasic: Re: Re: MN89, Inc. / Claim 26359T / DOL: 4/1/2021 |
| **Attachments:** | 333813 -estimate.pdf; 0021235500.pdf; 0020429101.pdf; 0020623513.pdf; 0020826354.pdf; 0021026381.pdf |

Kevin:  The attached and the below are a summary of our damages.  Can you please let me know when we will have a resolution on this case.  It is taking way to long.  Thank you.  Greg Glen

**Gregory T. Glen** | Attorney



**KOPKA PINKUS DOLIN** PC
200 West Adams, Suite 1200
Chicago, IL 60606
**T:** 312.782.9920 | **F:** 312.782.9965
**Direct:** 312.704.5173 | **Cell:** 708.372.5963

**Offices in Illinois, Indiana, Michigan and Kentucky**

website | vCard | map | email

This ismail is in regards to the 04-01-21 truck fire incident. please take a look , below are rental charges that were charged to MN89 while the claim is still being processed.

---------- Forwarded message ---------
From: **Hampton, Darius (Penske)** <Darius.Hampton@penske.com>
Date: Mon, Nov 22, 2021 at 2:50 PM
Subject: RE: Re: Re: MN89, Inc. / Claim 26359T / DOL: 4/1/2021
To: Danielle Z. <claims@mn89inc.com>

Good Afternoon,

Attach is estimate along with invoices totaling $7,753.05 for unit 333813. Please let me know if you need anything else from me.

| Date | Invoice | Amount |
|---|---|---|
| 5/25/2021 | 20429101 | $ 2,720.25 |
| 6/25/2021 | 20623513 | $ 2,772.70 |
| 7/25/21 | 20826354 | $ 3,577.89 |
| 8/25/2021 | 21026381 | $ 3,604.71 |

1

C-9

| 9/25/2021 | 21235500 | $(4,922.50) |
|-----------|----------|-------------|
| | Total: | $ 7,753.05 |

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

Best Regards,


**Darius Hampton**

**Branch Financial Manager**

**Tel: 630-759-1973**

**E:** darius.hampton@penske.com


**23400 S Frontage RD W**

**Channahon, IL 60410**


**From:** Danielle Z. <claims@mn89inc.com>
**Sent:** Monday, November 22, 2021 2:10 PM
**To:** Hampton, Darius (Penske) <Darius.Hampton@penske.com>
**Subject:** [EXTERNAL] Re: Re: MN89, Inc. / Claim 26359T / DOL: 4/1/2021


**This email originated from a Non-Penske sender. DO NOT OPEN attachments or links unless you recognize the sender and know that the content is safe.**

Yes, please!


On Mon, Nov 22, 2021, 1:25 PM Hampton, Darius (Penske) <Darius.Hampton@penske.com> wrote:


      Do you need Invoices as well for rental amount?


    Best Regards,

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

**Darius Hampton**

Branch Financial Manager

Tel: 630-759-1973

E: darius.hampton@penske.com

23400 S Frontage RD W

Channahon, IL 60410

**From:** Danielle Z. <claims@mn89inc.com>
**Sent:** Monday, November 22, 2021 1:15 PM
**To:** Hampton, Darius (Penske) <Darius.Hampton@penske.com>
**Subject:** Re: [EXTERNAL] Re: MN89, Inc. / Claim 26359T / DOL: 4/1/2021

**This email originated from a Non-Penske sender. DO NOT OPEN attachments or links unless you recognize the sender and know that the content is safe.**

Hello Darius,

In regards to this claim on 04-01-21 can you please send me an estimate for the loss. I would also like to know what we have been charged in rental fees since the 04-01-21 accident fire. We are getting an attorney involved to try and get our insurance company to expedite the payment.

On Mon, Sep 20, 2021 at 8:59 AM Hampton, Darius (Penske) <Darius.Hampton@penske.com> wrote:

Good Morning,

Following up per email any update on claim?

Best Regards,

**Darius Hampton**

3

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

Branch Financial Manager

Tel: 630-759-1973

E: darius.hampton@penske.com


23400 S Frontage RD W

Channahon, IL 60410


**From:** Daniela Zelen <claims@mn89inc.com>
**Sent:** Thursday, July 22, 2021 11:30 AM
**To:** Hampton, Darius (Penske) <Darius.Hampton@penske.com>
**Cc:** Bret Carder <bcarder@johnsonclaimservice.com>
**Subject:** [EXTERNAL] Re: MN89, Inc. / Claim 26359T / DOL: 4/1/2021

**This email originated from a Non-Penske sender. DO NOT OPEN attachments or links unless you recognize the sender and know that the content is safe.**

Hello Bret,

Do we have any status updates. Thanks!


On Tue, Apr 27, 2021 at 3:20 PM Hampton, Darius (Penske) <Darius.Hampton@penske.com> wrote:

Good Afternoon,


        The correct unit info that was involved in the accident will be 2021 Freightliner, vin: 3AKJHHDR7MSMS1638. Will your company be retaining savage?


- Penske unit number 333813
- Attach you will find title.
- Unit is located at one of our Penske Locations:  255 PENSKE PLAZA, RIVERFRONT DR READING, PA 19602
- Attach you will find pictures.


Best Regards,

4

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

**Darius Hampton**

**Branch Operations Coordinator**

**Tel: 630**-759-1973

**E:** darius.hampton@penske.com

**23400 S Frontage RD**

**Channahon, IL 60410**

**From:** Bret Carder <bcarder@johnsonclaimservice.com>
**Sent:** Monday, April 26, 2021 4:32 PM
**To:** Hampton, Darius (Penske) <Darius.Hampton@penske.com>
**Subject:** [EXTERNAL] MN89, Inc. / Claim 26359T / DOL: 4/1/2021

**This email originated from a Non-Penske sender. DO NOT OPEN attachments or links unless you recognize the sender and know that the content is safe.**

Hello Darius,

The insured's representative advised us that you are the Penske contact for a claim we are investigating that reportedly involves fire damage to a 2021 Freightliner, VIN: 3AKJHHDR5MSMS1640. Can you assist in providing the following:

- Penske unit number
- Copy of the current title and the insureds rental/lease agreement
- Current location of the tractor
- Any photographs of the damage

Please feel free to contact me if you have any questions.

FILED DATE: 12/8/2021 9:33 AM    2021CH06112

Regards,

**Bret Carder**

**Transportation Adjuster**

**3103 S. Juniper Ave.**

**Broken Arrow, OK 74012**

**918-455-3900**

bcarder@johnsonclaimservice.com

www.johnsonclaimservice.com

This email and any attachments are CONFIDENTIAL and may contain legally privileged information. If you are not the intended recipient of this email message, please notify us by return e-mail and immediately, delete this message from your system and do not read, copy, distribute, disclose or otherwise use this email message and any attachments. Although Johnson Claim Service, Inc. believes this email and any attachments to be free of any virus or other defect that may affect your computer, it is the responsibility of the recipient to ensure that it is virus free and Johnson Claim Service, Inc. does not accept any responsibility for any loss or damage arising in any way from its use.

FILED DATE: 12/8/2021 9:33 AM  2021CH06112



**KOPKA PINKUS DOLIN** PC
200 W. Adams Street, Suite 1200, Chicago, IL  60606
Phone:  (312) 782-9920  Fax:  (312) 782-9965

November 12, 2021.

**VIA EMAIL (bcarder@johnsonclaimservice.com)**

Mr. Bret Carder
Johnson Claims Service
3103 S. Juniper Avenue
Broken Arrow, OK 74012

|  |  |  |
|---|---|---|
| RE: | **Accident of April 30, 2021** | |
| | **Our File:** | **96666** |
| | **Johnson Claim Service Claim No.:** | **26516T** |

Dear Mr. Carder:

As you are aware, we are trying to correct the settlement draft for the repair of the 2020 Volvo Tractor.  A copy of the Proof of Loss is provided.  Attached please find the original check in the sum of $44,317.91.  Also attached are the affidavits of Marko Negic, owner of Singidunum Equipment, LLC, Danielle Zelen, claims representative from MN89, Wayne McDaniel, representative of VFS US LLC, and Alexadar Mimic, representative from Ego Express, Inc. Each party waiver its rights to the prior settlement draft.  Kindly forward to my attention at the above-referenced address, a settlement draft in the sum of $44,317.91, made payable to MN89.  If there should be any question or issue that may arise, please contact me at Gtglen@kopkalaw.com or you may call me at 708-372-5963.

I thank you for your attention to this matter.

Very truly yours,

KOPKA PINKUS DOLIN PC

Gregory G. Glen

Exhibit D

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

## AFFIDAVIT

1. I, Marko Negic, am a legal aged adult and competent to testify in this matter.

2. This affidavit is made with my personal knowledge.

3. I am the sole owner of Singidunum Equipment, LLC.

4. Singidunum Equipment, LLC., has no ownership interest in the above-referenced vehicle.

5. As to the April 30, 2021 damage to the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772, Singidunum Equipment, LLC., waives any and all claims or rights to the settlement draft in the sum of $44,317.91, for the repair of the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: _____

Date: ___11/09/21___

KOPKA PINKUS DOLIN PC

*/s/ Gregory T. Glen*

Gregory T. Glen
KOPKA PINKUS DOLIN PC
200 West Adams Street, Suite 1200
Chicago, IL 60606
(312) 782-9920
(312) 782-9965 -- Fax
Via e-mail: GTGlen@kopkalaw.com

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## AFFIDAVIT

1. I, Danielle Zelen, am a legal aged adult and competent to testify in this matter.

2. This affidavit is made with my personal knowledge.

3. I am the claims representative for MN89 Inc.

4. Pyramid Cargo, LLC., was a contracted driver for MN89 Inc.

5. Pyramid Cargo, LLC., was terminated following the April 30, 2021, date of accident.

6. Pyramid Cargo, LLC., had no ownership interest in the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772, and has no right to any claim to the $44,317.91, for the repair of the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: _____

Date: ____11/9/2021____

KOPKA PINKUS DOLIN PC

*/s/ Gregory T. Glen*

Gregory T. Glen
KOPKA PINKUS DOLIN PC
200 West Adams Street, Suite 1200
Chicago, IL 60606
(312) 782-9920
(312) 782-9965 -- Fax
Via e-mail: GTGlen@kopkalaw.com

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## **AFFIDAVIT**

1.  I, Wayne McDaniel, am a legal aged adult and competent to testify in this matter.

2.  This affidavit is made with my personal knowledge.

3.  I am the representative for VFS US LLC.

4.  Based upon [Insurance company]'s request, VFS US LLC., waives its rights to the settlement draft in the sum of $44,317.91, for the repair of the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772.

5.  Based on the invoice provided by the repair facility and by the unsigned law firm that prepared this request, VFS US LLC., acknowledges that upon information and belief, the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772, is in fact, under repair.

The undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: ___*Wayne McDaniel* Resolution Account Team
Leader_____

Date: _____11/5/2021_____

KOPKA PINKUS DOLIN PC

*/s/ Gregory T. Glen*_____

Gregory T. Glen
KOPKA PINKUS DOLIN PC
200 West Adams Street, Suite 1200
Chicago, IL 60606
(312) 782-9920
(312) 782-9965 -- Fax
Via e-mail: GTGlen@kopkalaw.com

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## AFFIDAVIT

1. I, _ALEKSANDAR MIMIC_, am a legal aged adult and competent to testify in this matter.

2. This affidavit is made with my personal knowledge.

3. I am the representative for Ego Express, Inc.

4. Ego Express, Inc., waivers its rights to the settlement draft in the sum of $44,317.91, for the repair of the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772.

5. Ego Express, Inc., acknowledges that the 2020 Volvo Tractor, VIN 4V4NC9EH5LN233772, is in fact, under repair.


Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

By: _ALEKSANDAR MIMIC_

Date: _11/12/2021_


KOPKA PINKUS DOLIN PC


_/s/ Gregory T. Glen_

Gregory T. Glen
KOPKA PINKUS DOLIN PC
200 West Adams Street, Suite 1200
Chicago, IL 60606
(312) 782-9920
(312) 782-9965 -- Fax
Via e-mail: GTGlen@kopkalaw.com

FILED DATE: 12/8/2021 9:33 AM 2021CH06112

RK66131A21

| POLICY NO. | CERT. NO. |
| --- | --- |

$ 145,000.00 CTF$ 10,000.00

AMOUNT OF POLICY

3/11/2021 TO 3/11/2022

POLICY PERIOD

**SWORN STATEMENT
IN PROOF OF LOSS (TRUCK)**

B&C303-21     26516T

COMPANY CL. NO.     OUR NO.

AGENCY

LOCATION

To: Great Lakes Insurance SE

(NAME OF COMPANY)

By the above number policy of insurance, you insured MN89 Inc.
(hereinafter called the insured) against loss or
damage to the automobile described as follows:

| Model Year | Make | Type of Body | Numbers | | |
| --- | --- | --- | --- | --- | --- |
| | | | Motor | Serial | State License |
| 2020 | Volvo | Tractor | | 4V4NC9EH5LN233772 | |

**Origin:** A loss caused by Collision    occurred on the 30   day of April   , 2021 .

about the hour of Unknown    M., the full particulars of which are as follows:
The tractor sustained damage resulting from a collision with other vehicles.

**Title and Interest:** The insured was the sole owner of the automobile at the time of the loss or damage and no other person had any interest therein, by bailment lease, conditional sale, mortgage or other encumbrance or otherwise, except: Ego Express, Inc. AND Singidunum Equipment, LLC AND Pyramid Cargo, LLC AND VFS US, LLC

**Other Insurance** At the time of this loss, there was no other insurance on said automobile covering the same perils except: None

**Use:** At the time of this loss, the said automobile was being used for Business
and was not being used to carry passengers for compensation or rental or leased for any illegal purpose except: None

**Subrogation:** The insured hereby covenants that no release has been or will be given to or settlement or compromise made with any third party who may be liable in damages to the insured and the insured in consideration or the payment made under this policy hereby subrogates the said Company to all rights and causes or action the said insured has against any person, persons, or corporations whomsoever for damage arising out of or incident to said loss or damage to said property and authorizes said Company to sue in the name of the insured but at the cost of the Company any such third party, pledging full cooperation in such action.

| Cash Value | Whole Loss | Amount Deductible | Amount Claimed Under This Policy |
| --- | --- | --- | --- |
| $46,817.91 | $53,673.39 | $2,500.00 | $51,173.39 |

The said loss did not originate by an act, design or procurement on my/our part nor on the part of anyone having interest in the property insured, or in the said policy of insurance; not in any consequence of any fraud or evil practice done or suffered by me/us and that no property saved has in any manner been concealed.
It is expressly understood and agreed that the furnishing of this blank or the preparation of proof by a representative of the above insurance company is not a waiver of any of its rights.

STATE OF _____

COUNTY OF _____     (X)_____ Assured

Subscribed and sworn before me this_____ day of_____, 20___.

**INSURED'S RELEASE**

NOTARY PUBLIC

_____, 20 ___

The above Insurance Company is hereby requested, authorized and empowered to pay, at its option, as follows:

To MN89 Inc. AND Ego Express, Inc AND Singidunum Equipment, LLC AND Pyramid Cargo, LLC AND VFS US, LLC   the sum of $ 44,317.91

To MN89 Inc. (Recovery/Storage/Tow)   the sum of $ 6,855.48

To _____   the sum of $ _____

Total Insured Loss and Damage      $ 51,173.39

in full settlement and satisfaction for all loss and damage for which claim is made in this proof of loss.

In consideration of such payments, said company is hereby discharged and forever released from any and all further claim, demand or liability whatsoever for said loss and damage, under or by reason of said policy.

WITNESS: _____    Insured _____

WITNESS: _____    Loss Payee _____

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

## STATEMENT OF LOSS

**Insured:** MN89 Inc.
**Policy#:** RK6613LA21
**Date of Loss:** 4/30/2021
**Your Claim#:** B&C3O3-21
**Our File#:** 26516T

| Description | VIN | COST OF REPAIRS * | ACV | LIMIT | ADJUSTED LOSS |
|---|---|---|---|---|---|
| 2020 Volvo | 4V4NC9EH5LN233772 | $ 46,817.91 | ** | $ 145,000.00 | $ 46,817.91 |
| Tractor Recovery/Storage/Tow | | $ 6,855.48 | | $ 10,000.00 | $ 6,855.48 |
| Gross Loss | | | | | $ 53,673.39 |
| Less Deductible | | | | | $ (2,500.00) |
| **Net Loss** | | | | | **$ 51,173.39** |

\* Repair cost reflects betterment to parts in the amount of $1,759.10

\** Retail Value Range $100,000 to $110,000

**PAYMENT RECOMMENDATIONS**
MN89 Inc. AND Ego Express, Inc. AND Singidunum Equipment, LLC AND Pyramid Cargo, LLC, AND VFS US, LLC    $ 44,317.91
MN89 Inc. (Recovery/Storage/Tow)    $ 6,855.48
    $ 51,173.39

FILED DATE: 12/8/2021 9:33 AM  2021CH06112

22056

**Johnson Claim Service, Inc.**
Bell & Clements, Inc. / JCS GLSE Loss Fund Account
3103 S. Juniper Avenue
Broken Arrow, OK 74012
918-455-3900

**※ Citizens®**

5-7017/2110

8/27/2021

PAY TO THE
ORDER OF  MN89 Inc. AND Ego Express Inc. AND Singldunum Equipment LLC AND Pyramid  $ **44,317.91**
Cargo LLC AND VFS US LLC***************************************************

Forty-Four Thousand Three Hundred Seventeen and 91/100*****************************************  DOLLARS

Security features. Details on back.

MEMO  B8C303-21, RK66-131A21, DL 4/30/21  AUTHORIZED SIGNATURE

⑈"05022 0⑈"  ⑆:2⑈⑈0⑈0⑈5⑈:  ⑈3394⑈758⑈4"

FILED DATE: 12/8/2021 9:33 AM   2021CH06112

9214 8969 0099 9790 1210 8893 90

Mr. Bret Larder
Johnson Claim Service
3103 S. Juniper Avenue
Broken Arrow, OK 74012